B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**REYES, LANCE T.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**REYES, LISA M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Lance Reyes; AKA Lance T. Reyes, Sr.; AKA Lance Reyes, Sr.; DBA Lance Construction Co.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Lisa Reyes; AKA Lisa Marie Reyes; AKA Lisa M. Garippo; AKA Lisa Garippo; AKA Lisa Marie Garippo** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-3586** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-3407** |
| Street Address of Debtor (No. and Street, City, and State):<br>**10936 S. Drake Avenue**<br>**Chicago, IL**<br>ZIP Code **60655** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**10936 S. Drake Avenue**<br>**Chicago, IL**<br>ZIP Code **60655** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." ☐ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**   *** Gregory D. Bruno ***<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**REYES, LANCE T.**<br>**REYES, LISA M.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Gregory D. Bruno**                              **May  1, 2015**<br>  Signature of Attorney for Debtor(s)                    (Date)<br>  **Gregory D. Bruno** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)


    _____
    (Name of landlord that obtained judgment)



    _____
    (Address of landlord)


☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**REYES, LANCE T.**
**REYES, LISA M.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ LANCE T. REYES**
Signature of Debtor  **LANCE T. REYES**

X **/s/ LISA M. REYES**
Signature of Joint Debtor **LISA M. REYES**

Telephone Number (If not represented by attorney)

**May  1, 2015**
Date

### Signature of Attorney*

X **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
Firm Name

**1807 N. Broadway**
**Melrose Park, IL 60160**
Address

**(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

**May  1, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **LANCE T. REYES**
         **LISA M. REYES**

Debtor(s)     Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

> ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

> ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

> ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ LANCE T. REYES**
_____
**LANCE T. REYES**

Date:    **May  1, 2015**
_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **LANCE T. REYES**
    **LISA M. REYES**

                         Debtor(s)

Case No.

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ LISA M. REYES**
                            **LISA M. REYES**

Date:    **May  1, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **LANCE T. REYES,**
       **LISA M. REYES**

Case No. _____

_____,

Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 171,904.00 | | |
| B - Personal Property | Yes | 4 | 9,412.01 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 7 | | 517,847.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 71 | | 415,544.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,617.18 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,003.59 |
| Total Number of Sheets of ALL Schedules | | 92 | | | |
| | | Total Assets | 181,316.01 | | |
| | | | Total Liabilities | 933,392.28 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **LANCE T. REYES,**
**LISA M. REYES**

Case No. _____

_____,
Debtors

Chapter _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,617.18 |
| Average Expenses (from Schedule J, Line 22) | 3,003.59 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 2,950.28 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 260,777.42 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 415,544.46 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 676,321.88 |

B6A (Official Form 6A) (12/07)

.

In re    **LANCE T. REYES,**                                              Case No. _____
         **LISA M. REYES**

_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family, three bedroom home located at 10936 S. Drake Avenue, Chicago IL 60655** | **Debtors are sole owners of record** | J | 171,904.00 | Unknown |

|  | Sub-Total > | 171,904.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 171,904.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **LANCE T. REYES,**                   Case No. _____
       **LISA M. REYES**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand**<br>**Location: 10936 S. Drake Avenue, Chicago IL 60655** | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Bank of America, Chicago, Illinois** | J | 0.01 |
| | | **Debit card**<br>**Bank of America, Chicago, Illinois** | J | 400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. items of furniture, to wit: TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, cell phones**<br>**Location: 10936 S. Drake Avenue, Chicago IL 60655** | J | 750.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. items of adult man's and adult woman's and childrens' clothing**<br>**Location: 10936 S. Drake Avenue, Chicago IL 60655** | J | 750.00 |
| 7. Furs and jewelry. | | **Misc. items of man's and woman's jewelry, to wit: wedding rings, chain, earrings, necklaces, bracelets, costume jewelry items, watches**<br>**Location: 10936 S. Drake Avenue, Chicago IL 60655** | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      **3,000.01**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **LANCE T. REYES,**                                    Case No. _____
         **LISA M. REYES**

_____,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Unspent balance of income tax refund for tax year ending 12/31/2014** | J | 2,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                    **2,000.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **LANCE T. REYES,**            Case No. _____
       **LISA M. REYES**

_____,
               Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford Econoline 150 vehicle; 207,500 miles; fair condition**<br>**Location: 10936 S. Drake Avenue, Chicago IL 60655** | H | 412.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. tools and equipment used in Debtor husband's part-time home repair and general contracting business, to wit:  hand tools, 10" table saw, mitre saw, nail gun, trim nailer, multi-task tool, ladders, sanders, grinder, shovel, post hole digger, levels, screw gun, drill and compressor** | J | 4,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >     4,412.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **LANCE T. REYES,**
       **LISA M. REYES**                   Case No. _____

                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | **0.00** |
| Total > | **9,412.01** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re  **LANCE T. REYES,**
     **LISA M. REYES**
                             ,
                  Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **Single family, three bedroom home located at 10936 S. Drake Avenue, Chicago IL 60655** | **735 ILCS 5/12-901** | **21,196.00** | **171,904.00** |
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Location: 10936 S. Drake Avenue, Chicago IL 60655** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** | **735 ILCS 5/12-1001(b)** | **0.01** | **0.01** |
| **Bank of America, Chicago, Illinois** | | | |
| **Debit card** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Bank of America, Chicago, Illinois** | | | |
| **Household Goods and Furnishings** | | | |
| **Misc. items of furniture, to wit:  TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, cell phones** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Location: 10936 S. Drake Avenue, Chicago IL 60655** | | | |
| **Wearing Apparel** | | | |
| **Misc. items of adult man's and adult woman's and childrens' clothing** | **735 ILCS 5/12-1001(a)** | **750.00** | **750.00** |
| **Location: 10936 S. Drake Avenue, Chicago IL 60655** | | | |
| **Furs and Jewelry** | | | |
| **Misc. items of man's and woman's jewelry, to wit:  wedding rings, chain, earrings, necklaces, bracelets, costume jewelry items, watches** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Location: 10936 S. Drake Avenue, Chicago IL 60655** | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Unspent balance of income tax refund for tax year ending 12/31/2014** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Ford Econoline 150 vehicle; 207,500 miles; fair condition** | **735 ILCS 5/12-1001(c)** | **412.00** | **412.00** |
| **Location: 10936 S. Drake Avenue, Chicago IL 60655** | | | |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **LANCE T. REYES,**
       **LISA M. REYES**

Case No. _____

                       Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Misc. tools and equipment used in Debtor husband's part-time home repair and general contracting business, to wit:  hand tools, 10" table saw, mitre saw, nail gun, trim nailer, multi-task tool, ladders, sanders, grinder, shovel, post hole digger, levels, screw gun, drill and compressor** | **735 ILCS 5/12-1001(d)** **735 ILCS 5/12-1001(b)** | **3,000.00** **1,000.00** | **4,000.00** |

| | Total: | **30,608.01** | **181,316.01** |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **LANCE T. REYES,**
      **LISA M. REYES**                                                   Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **3640033368119** <br><br> **Aurora Bank FSB** <br> **10350 Park Meadows Drive** <br> **Littleton, CO 80124** | | H | | | **Opened 10/04/06  Last Active 10/01/08** <br><br> **mortgage loan of record** <br><br><br> Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **364 0033368218** <br><br> **Aurora Bank FSB** <br> **10350 Park Meadows Drive** <br> **Littleton, CO 80124** | | H | | | **Opened 10/04/06  Last Active 10/01/08** <br><br> **second mortgage/equity line of credit** <br><br> **investment real estate located at 3806 W. 167th Place. Country Club Hills, IL; lost in foreclosure on or about 2008 - 2010** <br> Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Aurora Loan Services** <br> **10350 Park Meadows Drive** <br> **Littleton, CO 80124** | | | | | Representing: <br> **Aurora Bank FSB** <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **Aurora Loan Services** <br> **PO Box 1706** <br> **Scottsbluff, NE 69363** | | | | | Representing: <br> **Aurora Bank FSB** <br><br> Value $ | | | | **Notice Only** | |

___**6**___ continuation sheets attached

Subtotal
(Total of this page)

**0.00**          **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **LANCE T. REYES,**
     **LISA M. REYES**

                                                     Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. <br><br>**Faslo Solutions**<br>**PO Box 77404**<br>**Ewing, NJ 08628** | | | | **Representing:**<br>**Aurora Bank FSB**<br><br><br>Value $ | | | | **Notice Only** | |
| Account No. **106406253**<br><br>**Bank of America**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063** | | H | | Opened  9/09/05  Last Active  3/01/15<br><br>**Single family, three bedroom home located at 10936 S. Drake Avenue, Chicago IL 60655**<br><br>Value $                    171,904.00 | | | | **150,708.00** | **0.00** |
| Account No. **123873808**<br><br>**Bank of America**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063** | | H | | Opened 11/15/05  Last Active  1/15/13<br><br>first mortgage loan of record<br><br>investment real estate located at 6613 S. Kenneth Avenue, Chicago, IL; sold in short sale on or about 2012<br>Value $                      90,000.00 | | | | **119,113.00** | **119,113.00** |
| Account No. **5890010149433**<br><br>**Chase / Chase Bank USA, N.A.**<br>**Chase Card**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | H | | Opened  1/07/05  Last Active  8/02/05<br><br>mortgage loan of record<br><br><br>Value $                         **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **1560014446355**<br><br>**Chase Mortgage**<br>**PO Box 24696**<br>**Columbus, OH 43224** | | H | | Opened  9/09/05  Last Active  8/01/09<br><br>second mortgage/equity line of credit<br><br>**Single family, three bedroom home located at 10936 S. Drake Avenue, Chicago IL 60655**<br>Value $                    171,904.00 | | | | **22,935.14** | **22,935.14** |

Sheet  **1**  of  **6**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                          Subtotal
(Total of this page)

| | |
| --- | --- |
| **292,756.14** | **142,048.14** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re    **LANCE T. REYES,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**LISA M. REYES**

_____,
　　　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6100548-2711119269** | | | Opened 10/03/05  Last Active  4/23/12 | | | | | |
| **Citibank, N.A. / CitiMortgage, Inc.** PO Box 769006 San Antonio, TX 78245 | | H | second mortgage/home equity line of credit Single family, three bedroom home located at 10936 S. Drake Avenue, Chicago IL 60655 | | | | | |
| | | | Value $　　　　　　**171,904.00** | | | | **65,286.00** | **Unknown** |
| Account No. | | | | | | | | |
| **Allied Intl. Credit Corp., (US)** 100 East Shore Drive, 3rd Floor Glen Allen, VA 23059 | | | Representing: **Citibank, N.A. / CitiMortgage, Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Allied Intl. Credit Corp., (US)** 11357 Nuckols Road, Unit #113 Glen Allen, VA 23059 | | | Representing: **Citibank, N.A. / CitiMortgage, Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **0027772755** | | | on or about 2008 - 2010 | | | | | |
| **Faslo Solutions** PO Box 77404 Ewing, NJ 08628 | | J | second mortgage/equity line of credit investment real estate located at 3806 W. 167th Place. Country Club Hills, IL; lost in foreclosure on or about 2008 - 2010 | | | | | |
| | | | Value $　　　　　　**Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| **Aurora Bank FSB** 10350 Park Meadows Drive Littleton, CO 80124 | | | Representing: **Faslo Solutions** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)　　　　**65,286.00**　　　　**0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **LANCE T. REYES,**                 Case No. _____
        **LISA M. REYES**
_____,
                   Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** | | | | | | | | | |
| **Aurora Loan Services** **10350 Park Meadows Drive** **Littleton, CO 80124** | | | | Representing: **Faslo Solutions** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| **Aurora Loan Services** **PO Box 1706** **Scottsbluff, NE 69363** | | | | Representing: **Faslo Solutions** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| **Account No. 1000185795** | | | | Opened  8/09/04  Last Active 10/06/06 | | | | | |
| **Fremont Investment** **PO Box 8208** **Orange, CA 92864** | | H | | mortgage loan of record | | | | | |
| | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| **Account No. 156 0014446355** | | | | Opened  9/09/05  Last Active  8/01/09 | | | | | |
| **JPMorgan Chase Bank, N.A.** **Chase Mortgage / WAMU** **PO Box 24696** **Columbus, OH 43224** | | H | | second mortgage/equity line of credit Single family, three bedroom home located at 10936 S. Drake Avenue, Chicago IL 60655 | | | | | |
| | | | | Value $          **171,904.00** | | | | **22,935.14** | **1,739.14** |
| **Account No.** | | | | | | | | | |
| **Real Time Resolutions, Inc.** **1750 Regal Row, Ste. N** **Dallas, TX 75235** | | | | Representing: **JPMorgan Chase Bank, N.A.** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

Sheet **3** of **6** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **22,935.14** | **1,739.14** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **LANCE T. REYES,**                    Case No. _____
        **LISA M. REYES**
_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Real Time Resolutions, Inc.** <br> **1349 Empire Central Drive, Ste. 150** <br> **Dallas, TX 75247** | | | **Representing:** <br> **JPMorgan Chase Bank, N.A.** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **269628** <br><br> **NSM Recovery Services, Inc.** <br> **350 Highland Drive** <br> **Lewisville, TX 75067** | | J | **on or about 2008 - 2015** <br> **second mortgage/equity line of credit** <br> **investment real estate located at 3806 W. 167th Place. Country Club Hills, IL; lost in foreclosure on or about 2008 - 2010** <br> Value $          **Unknown** | | | | **9,940.20** | **Unknown** |
| Account No. <br><br> **RCS Recovery Services, LLC** <br> **1499 West Palmetto Park Road** <br> **Suite 140** <br> **Boca Raton, FL 33486** | | | **Representing:** <br> **NSM Recovery Services, Inc.** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. **000151130** <br><br> **RCS Recovery Services, LLC** <br> **1499 West Palmetto Park Road** <br> **Suite 140** <br> **Boca Raton, FL 33486** | | J | **on or about 2008 - 2015** <br> **second mortgage/equity line of credit** <br> **investment real estate located at 3806 W. 167th Place. Country Club Hills, IL; lost in foreclosure on or about 2008 - 2010** <br> Value $          **Unknown** | | | | **9,940.20** | **Unknown** |
| Account No. <br><br> **NSM Recovery Services, Inc.** <br> **350 Highland Drive** <br> **Lewisville, TX 75067** | | | **Representing:** <br> **RCS Recovery Services, LLC** <br><br><br> Value $ | | | | **Notice Only** | |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **19,880.40** | **0.00** |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **LANCE T. REYES,**
   **LISA M. REYES,**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **156 0014446355** | | | second mortgage/equity line of credit | | | | | |
| **Real Time Resolutions, Inc.** **1750 Regal Row, Ste. N** **Dallas, TX 75235** | | J | Single family, three bedroom home located at 10936 S. Drake Avenue, Chicago IL 60655 | | | | | |
| | | | Value $              **171,904.00** | | | | **22,935.14** | **22,935.14** |
| Account No. | | | Representing: | | | | | |
| **Real Time Resolutions, Inc.** **1349 Empire Central Drive, Ste. 150** **Dallas, TX 75247** | | | Real Time Resolutions, Inc. | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **617406006754\*\*\*\*** | | | 12/2005 - 03/2006 | | | | | |
| **Santander Bank, NA** **865 Brook Street** **Rocky Hill, CT 06067** | | J | mortgage loan of record | | | | | |
| | | | Value $              **0.00** | | | | **0.00** | **0.00** |
| Account No. **14522091106** | | | Opened 11/01/06  Last Active 11/01/07 | | | | | |
| **TB&W** **Taylor, Bean & Whitaker** **1417 N Magnolia Avenue** **Ocala, FL 34475-9078** | | H | mortgage loan of record | | | | | |
| | | | Value $              **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | first mortgage | | | | | |
| **The Bank of New York Mellon** **f/k/a The Bank of New York** **One Wall Street** **New York, NY 10286** | | J | investment real estate located at 6613 S. Kenneth Avenue, Chicago, IL; sold in short sale on or about 2012 | | | | | |
| | | | Value $              **90,000.00** | | | | **Unknown** | **Unknown** |

Sheet **5** of **6** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**22,935.14**   **22,935.14**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re   **LANCE T. REYES,**
      **LISA M. REYES**

Case No. _____

_____,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fisher and Shapiro, LLC**<br>**4201 Lake Cook Road**<br>**Northbrook, IL 60062** | | | **Representing:**<br>**The Bank of New York Mellon**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**Fisher and Shapiro, LLC**<br>**2121 Waukegan Road, Ste. 301**<br>**Bannockburn, IL 60015** | | | **Representing:**<br>**The Bank of New York Mellon**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **65065004936840001**<br><br>**Wells Fargo Bank NV, N.A.**<br>**Wells Fargo Bank, N.A.**<br>**PO Box 31557**<br>**Billings, MT 59107** | | H | **Opened 1/26/06 Last Active 7/01/08**<br>**second mortgage/home equity line of credit**<br>**investment real estate located at 6613 S. Kenneth Avenue, Chicago, IL; sold in short sale on or about 2012**<br>Value $     **90,000.00** | | | | **94,055.00** | **94,055.00** |
| Account No.<br><br>**Wells Fargo Home Equity Collections**<br>**PO Box 4116**<br>**Portland, OR 97208** | | | **Representing:**<br>**Wells Fargo Bank NV, N.A.**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **694283**<br><br>**Wilshire Credit Corp**<br>**450 American St # Sv416**<br>**Simi Valley, CA 93065** | | H | **Opened 8/09/04 Last Active 9/01/06**<br>**second mortgage loan of record**<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |

Sheet _**6**_ of _**6**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 94,055.00 | 94,055.00 |
| Total<br>(Report on Summary of Schedules) | 517,847.82 | 260,777.42 |

B6E (Official Form 6E) (4/13)

.

In re    **LANCE T. REYES,**                                          Case No. _____
         **LISA M. REYES**

                                                                    ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **LANCE T. REYES,**                                 Case No. _____

**LISA M. REYES**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 116916<br><br>**25 East Same Day Surgery**<br>**3149 Eagle Way**<br>**Chicago, IL 60678** | | J | **on or about 2007 - 2009**<br>**Medical services** | | | | **50.80** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | | | **Representing:**<br>**25 East Same Day Surgery** | | | | **Notice Only** |
| Account No.<br><br>**Illinois Collection Service Inc.**<br>**8231 185th St., Ste 100**<br>**Tinley Park, IL 60487** | | | **Representing:**<br>**25 East Same Day Surgery** | | | | **Notice Only** |
| Account No. 6035320214544593<br><br>**Advantage Assets II, Inc.**<br>**1000 N. West Street**<br>**Ste. 1200**<br>**Wilmington, DE 19801** | | J | **on or about 2006 - 2015**<br>**Claim for balance due on account for and/or acquired from The Home Depot / Citibank (South Dakota), NA** | | | | **4,510.40** |

__70__ continuation sheets attached

Subtotal
(Total of this page)    **4,561.20**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                       S/N:31062-150423   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
      **LISA M. REYES**

Case No. _____

                                     ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**LTD Financial Services, L.P.**<br>**7322 Southwest Freeway, Ste. 1600**<br>**Houston, TX 77074** | | | Representing:<br>**Advantage Assets II, Inc.** | | | | **Notice Only** |
| Account No. **0225988**<br><br>**Airway Oxygen Inc Benton Harbor**<br>**PO Box 9950**<br>**Wyoming, MI 49509** | | J | on or about 2006 - 2008<br>Claim for balance due on account for medical services rendered | | | | **229.00** |
| Account No. **CCI2350384**<br><br>**ARC, Inc.**<br>**2915 Professional Parkway**<br>**Augusta, GA 30907** | | W | Opened 12/01/09  Last Active  9/01/08<br>Collection on account for and/or acquired from Com Ed | | | | **626.00** |
| Account No. **7737670245001**<br><br>**AT&T**<br>**32 Avenue of the Americas**<br>**New York, NY 10013** | | J | on or about 2006 - 2015<br>Claim for balance due on account | | | | **929.21** |
| Account No. <br><br>**Afni, Inc.**<br>**404 Brock Drive**<br>**P.O. Box 3517**<br>**Bloomington, IL 61702** | | | Representing:<br>**AT&T** | | | | **Notice Only** |

Sheet no. __1__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,784.21**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
      **LISA M. REYES**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Afni, Inc.** <br>**PO Box 3517** <br>**Bloomington, IL 61702** | | | **Representing:** <br>**AT&T** | | | | **Notice Only** |
| **Account No.** <br><br> **Afni, Inc.** <br>**1310 Martin Luther King Drive** <br>**PO Box 3517** <br>**Bloomington, IL 61702** | | | **Representing:** <br>**AT&T** | | | | **Notice Only** |
| **Account No.** <br><br> **Collection Company of America** <br>**700 Lonwater Drive** <br>**Norwell, MA 02061** | | | **Representing:** <br>**AT&T** | | | | **Notice Only** |
| **Account No. 95889EA** <br><br> **Atkins, Edward M., M.D.** <br>**8135 N. Milwaukee Avenue** <br>**Niles, IL 60714** | | J | on or about 2005 - 2008 <br>Medical services | | | | **135.00** |
| **Account No. 3640033368119** <br><br> **Aurora Bank FSB** <br>**10350 Park Meadows Drive** <br>**Littleton, CO 80124** | | J | on or about 2005 - 2015 <br>Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit | | | | **Unknown** |

Sheet no. __**2**___ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**135.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
     **LISA M. REYES**                                                Case No. _____

                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Aurora Loan Services** **PO Box 1706** **Scottsbluff, NE 69363** | | | | **Representing:** **Aurora Bank FSB** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Aurora Loan Services** **10350 Park Meadows Drive** **Littleton, CO 80124** | | | | **Representing:** **Aurora Bank FSB** | | | | **Notice Only** |
| Account No. 364 0033368218 | | J | | **on or about 2005 - 2015** **Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | |
| **Aurora Bank FSB** **10350 Park Meadows Drive** **Littleton, CO 80124** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Aurora Loan Services** **PO Box 1706** **Scottsbluff, NE 69363** | | | | **Representing:** **Aurora Bank FSB** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Aurora Loan Services** **10350 Park Meadows Drive** **Littleton, CO 80124** | | | | **Representing:** **Aurora Bank FSB** | | | | **Notice Only** |

Sheet no. __3__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                          (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
      **LISA M. REYES**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3525513001 <br><br> **Banfield Pet Hospital** <br> **1101 South Canal Street** <br> **Chicago, IL 60607** | | J | on or about 2006 - 2013 <br> Veterinary services | | | | 204.00 |
| Account No. <br><br> **I.C. System, Inc.** <br> **P.O. Box 64378** <br> **Saint Paul, MN 55164** | | | Representing: <br> Banfield Pet Hospital | | | | Notice Only |
| Account No. 74975943711295 <br><br> **Bank of America** <br> **Po Box 982235** <br> **El Paso, TX 79998** | | H | Opened 2/06/07 Last Active 12/01/08 <br> Check Credit Or Line Of Credit | | | | 0.00 |
| Account No. 123873808 <br><br> **Bank of America** <br> **1800 Tapo Canyon Road** <br> **Simi Valley, CA 93063** | | J | on or about 2005 - 2015 <br> Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit | | | | Unknown |
| Account No. 7021-2712-5455-2687 <br><br> **Best Buy** <br> **c/o Retail Services** <br> **PO Box 17298** <br> **Baltimore, MD 21297** | | J | on or about 2005 - 2009 <br> Misc. credit card purchases for household goods and/or various sundry items. | | | | 3,820.30 |

| | |
|---|---|
| Sheet no. __4___ of __70__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)     **4,024.30** |

B6F (Official Form 6F) (12/07) - Cont.

In re **LANCE T. REYES,**
     **LISA M. REYES**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7001063228703106**<br><br>**Best Buy**<br>**c/o Retail Services**<br>**PO Box 17298**<br>**Baltimore, MD 21297** | | J | on or about 2005 - 2009<br>**Misc. credit card purchases for household goods and/or various sundry items.** | | | | 2,015.14 |
| Account No. **REYLA000**<br><br>**Buividas, Alex J.**<br>**4554 S. Archer Avenue**<br>**Chicago, IL 60632** | | J | on or about 2007<br>**Medical services** | | | | 96.60 |
| Account No. **REYLA000**<br><br>**Buividas, Thomas A.**<br>**4554 S. Archer Avenue**<br>**Chicago, IL 60632** | | J | on or about 2007<br>**Medical services** | | | | 96.06 |
| Account No. **441092211112**<br><br>**Cap One / Capital One**<br>**PO Box 19360**<br>**Portland, OR 97280** | | W | Opened 10/01/03 Last Active 10/01/08<br>**Claim for balance due on credit account** | | | | 4,707.00 |
| Account No. **244656-1100164185**<br><br>**Cap1/Vlcty**<br>**Capital One / Value City**<br>**PO Box 15524**<br>**Wilmington, DE 19850** | | W | Opened 11/30/06 Last Active 6/19/08<br>**Charge Account** | | | | 0.00 |

Sheet no. __5__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,914.80

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
      **LISA M. REYES**

Case No. _____

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5458001552130712** <br><br> **Capital One** <br> **Po Box 30253** <br> **Salt Lake City, UT 84130** | | W | **Opened  2/19/07  Last Active  4/06/08** <br> **Credit Card** | | | | **0.00** |
| Account No. **6004300106426411** <br><br> **Capital One / Menards** <br> **PO Box 30253** <br> **Salt Lake City, UT 84130** | | H | **Opened  2/09/06  Last Active 10/05/08** <br> **Misc. credit card purchases for tools, building supplies, household goods and/or various sundry items.** | | | | **3,170.92** |
| Account No. **4388642070252062** <br><br> **Capital One Bank USA N** <br> **15000 Capital One Drive** <br> **Richmond, VA 23238** | | W | **Opened 10/24/01  Last Active  3/22/07** <br> **Credit Card** | | | | **0.00** |
| Account No. **5291152246928572** <br><br> **Capital One Bank USA N** <br> **15000 Capital One Drive** <br> **Richmond, VA 23238** | | W | **Opened 11/13/00  Last Active  2/21/08** <br> **Credit Card** | | | | **0.00** |
| Account No. **\*\*\*\*\*\*\*8052** <br><br> **Capital One, N.A.** <br> **Capital One Services, LLC** <br> **PO Box 85619** <br> **Richmond, VA 23285** | | J | **on or about 2008 - 2014** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **613.00** |

Sheet no. __**6**___ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,783.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
**LISA M. REYES**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Merchants & Medical Credit Corp.** **6324 Taylor Drive** **Flint, MI 48507** | | | | | Representing: **Capital One, N.A.** | | | | **Notice Only** |
| Account No. ******1165 | | | J | | on or about 2008 - 2014 **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | |
| **Capital One, N.A.** **Capital One Services, LLC** **PO Box 85619** **Richmond, VA 23285** | | | | | | | | | **3,047.33** |
| Account No. | | | | | | | | | |
| **Vision Financial Corp.** **P.O. Box 900** **Purchase, NY 10577** | | | | | Representing: **Capital One, N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Vision Financial Corp.** **PO Box 7477** **Rockford, IL 61126** | | | | | Representing: **Capital One, N.A.** | | | | **Notice Only** |
| Account No. 14322065 | | | W | | Opened 11/17/10  Last Active  1/01/09 **Collection on account for and/or acquired from HSBC Consumer Lending USA, Inc. / Household Finance** | | | | |
| **Cavalry Portfolio Service** **PO Box 27288** **Tempe, AZ 85285** | | | | | | | | | **644.50** |

Sheet no. __**7**___ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,691.83**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**  
       **LISA M. REYES**  

Case No. _____

_____,
Debtors

<h2 align="center">SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS</h2>
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **LTD Financial Services, L.P.** <br> **7322 Southwest Freeway, Ste. 1600** <br> **Houston, TX 77074** | | | Representing: <br> **Cavalry Portfolio Service** | | | | **Notice Only** |
| Account No. **41002600128606 / 14322065** <br><br> **Cavalry SPV I, LLC** <br> **c/o Cavalry Portfolio Services, LLC** <br> **PO Box 27288** <br> **Tempe, AZ 85285** | | J | on or about 2008 - 2015 <br> **Claim for balance due on account for and/or acquired from HSBC Consumer Lending USA, Inc. / Household Finance** | | | | **644.50** |
| Account No. <br><br> **LTD Financial Services, L.P.** <br> **7322 Southwest Freeway, Ste. 1600** <br> **Houston, TX 77074** | | | Representing: <br> **Cavalry SPV I, LLC** | | | | **Notice Only** |
| Account No. **CCI2350384** <br><br> **CCI / Contract Callers, Inc.** <br> **2915 Professional Parkway** <br> **Augusta, GA 30907-3540** | | W | Opened  5/01/11 <br> **Collection on account for and/or acquired from Com Ed** | | | | **626.00** |
| Account No. <br><br> **CCI / Contract Callers, Inc.** <br> **1058 Claussen Road, Ste. 110** <br> **Augusta, GA 30907** | | | Representing: <br> **CCI / Contract Callers, Inc.** | | | | **Notice Only** |

Sheet no. __**8**___ of __**70**___ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **1,270.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
     **LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. **4104140019658476** <br><br> **Chase / Chase Bank USA, N.A.** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | | W | | **Opened 12/09/06  Last Active  1/08/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **3,343.04** |
| Account No. <br><br> **Capital Management Services, LP** <br> **726 Exchange Street, Ste. 700** <br> **Buffalo, NY 14210** | | | | | **Representing:** <br> **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. <br><br> **Capital Management Services, LP** <br> **698 1/2 South Ogden Street** <br> **Buffalo, NY 14206** | | | | | **Representing:** <br> **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. <br><br> **Capital Management Services, LP** <br> **PO Box 964** <br> **Buffalo, NY 14220** | | | | | **Representing:** <br> **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. <br><br> **MRS Associates of New Jersey** <br> **MRS Associates, Inc.** <br> **1930 Olney Avenue** <br> **Cherry Hill, NJ 08003** | | | | | **Representing:** <br> **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |

Sheet no. __**9**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,343.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
**LISA M. REYES**                                                      Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5183370359186892** <br><br> **Chase / Chase Bank USA, N.A.** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | J | Opened 3/13/02 Last Active 11/01/08 <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 8,721.00 |
| Account No. <br><br> **Integrity Financial Partners, Inc.** <br> **4370 W. 109th Street, Ste. 100** <br> **Overland Park, KS 66211** | | | Representing: <br> **Chase / Chase Bank USA, N.A.** | | | | Notice Only |
| Account No. <br><br> **National Enterprise Systems** <br> **29125 Solon Road** <br> **Solon, OH 44139** | | | Representing: <br> **Chase / Chase Bank USA, N.A.** | | | | Notice Only |
| Account No. **5490911750003778** <br><br> **Chase / Chase Bank USA, N.A.** <br> **Chase Card** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | H | Opened 8/05/03 Last Active 10/01/08 <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 22,781.92 |
| Account No. <br><br> **Valentine & Kebartas, Inc.** <br> **PO Box 325** <br> **Lawrence, MA 01842** | | | Representing: <br> **Chase / Chase Bank USA, N.A.** | | | | Notice Only |

Sheet no. __10__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,502.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
      **LISA M. REYES**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Valentine & Kebartas, Inc. 360 Merrimack Street Lawrence, MA 01843 | | | | Representing: Chase / Chase Bank USA, N.A. | | | | Notice Only |
| Account No. ******1165 | | J | | on or about 2008 - 2014 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | |
| Chase / Chase Bank USA, N.A. Attn:  Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | | | | 3,047.33 |
| Account No. | | | | | | | | |
| Vision Financial Corp. P.O. Box 900 Purchase, NY 10577 | | | | Representing: Chase / Chase Bank USA, N.A. | | | | Notice Only |
| Account No. | | | | | | | | |
| Vision Financial Corp. PO Box 7477 Rockford, IL 61126 | | | | Representing: Chase / Chase Bank USA, N.A. | | | | Notice Only |
| Account No. 045871116552 | | J | | on or about 2005 - 2008 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | |
| Chase / Chase Bank USA, N.A. Attn:  Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | | | | 3,047.33 |

Sheet no. __11__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,094.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
         **LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. <br><br> **FMS, Inc.** <br> **PO Box 707601** <br> **Tulsa, OK 74170** | | | | | **Representing:** <br> **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. <br><br> **FMS, Inc.** <br> **4915 S. Union Avenue** <br> **Tulsa, OK 74107** | | | | | **Representing:** <br> **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. <br><br> **J.C. Christensen & Associates** <br> **P.O. Box 519** <br> **Sauk Rapids, MN 56379** | | | | | **Representing:** <br> **Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. **4559908124451866** <br><br> **Chase Card** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | W | | | **Opened  9/09/02  Last Active  4/21/08** <br> **Credit Card** | | | | **0.00** |
| Account No. **418555941455** <br><br> **Chase Card** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | J | | | **Credit Card** | | | | **0.00** |

Sheet no. __**12**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **LANCE T. REYES,**
      **LISA M. REYES**                                  Case No. _____

                                          ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C / W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035320214544593** <br><br> **Citibank (South Dakota), NA** <br> **The Home Depot** <br> **PO Box 6497** <br> **Sioux Falls, SD 57117** | | J | **Opened 10/08/06 Last Active 5/12/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **4,510.40** |
| Account No. <br><br> **Client Services, Inc.** <br> **3451 Harry S. Truman Blvd.** <br> **Saint Charles, MO 63301** | | | **Representing:** <br> **Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. <br><br> **LTD Financial Services, L.P.** <br> **7322 Southwest Freeway, Ste. 1600** <br> **Houston, TX 77074** | | | **Representing:** <br> **Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Systems, Inc.** <br> **PO Box 15889** <br> **Wilmington, DE 19850** | | | **Representing:** <br> **Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. **6035320135840161** <br><br> **Citibank (South Dakota), NA** <br> **c/o Home Depot Credit Services** <br> **Processing Center** <br> **Des Moines, IA 50364** | | J | **Opened 5/20/00 Last Active 11/11/08** <br> **Misc. credit card purchases for tools, building supplies, household goods and/or various sundry items.** | | | | **38,840.40** |

Sheet no. __**13**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal                 | **43,350.80**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
      **LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CBE Group** <br> **131 Tower Park Drive, Ste. 100** <br> **Waterloo, IA 50701** | | | Representing: <br> **Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. <br><br> **CBE Group, Inc.** <br> **PO Box 2695** <br> **Waterloo, IA 50704** | | | Representing: <br> **Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. <br><br> **CBE Group, Inc.** <br> **1309 Technology Pkwy.** <br> **Cedar Falls, IA 50613** | | | Representing: <br> **Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. <br><br> **Citi** <br> **Citicorp Credit Services, Inc. (USA** <br> **PO Box 653095** <br> **Dallas, TX 75265** | | | Representing: <br> **Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. 6035320076626298 <br><br> **Citibank (South Dakota), NA** <br> **c/o Home Depot Credit Services** <br> **Processing Center** <br> **Des Moines, IA 50364** | | J | **Opened 5/01/00 Last Active 10/01/08** <br> **Misc. credit card purchases for tools, building supplies, household goods and/or various sundry items.** | | | | **29,128.53** |

Sheet no. __**14**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,128.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**  
**LISA M. REYES**  
_____,  
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ************8834<br><br>**Citibank, N.A. / Best Buy**<br>**PO Box 469100**<br>**Escondido, CA 92046** | | J | on or about 2006 - 2014<br>**Misc. credit card purchases for household goods and/or various sundry items.** | | | | **1,172.10** |
| Account No.<br><br>**ARS National Services, Inc.**<br>**P.O. Box 463023**<br>**Escondido, CA 92046** | | | Representing:<br>**Citibank, N.A. / Best Buy** | | | | **Notice Only** |
| Account No.  **Case No. 2013-CH-06489**<br><br>**CitiMortgage, Inc.**<br>**PO Box 6243**<br>**Sioux Falls, SD 57117** | | J | on or abolut 8/22/2013<br>**Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit in Circuit Court of Cook County, Illinois, Case No. 2013-CH-06489** | | | | **Unknown** |
| Account No.<br><br>**CitiMortgage, Inc.**<br>**PO Box 769006**<br>**San Antonio, TX 78245** | | | Representing:<br>**CitiMortgage, Inc.** | | | | **Notice Only** |
| Account No.<br><br>**Codilis & Associates, P.C.**<br>**15W030 N. Frontage Road**<br>**Suite 100**<br>**Burr Ridge, IL 60527** | | | Representing:<br>**CitiMortgage, Inc.** | | | | **Notice Only** |

Sheet no. __15__ of __70__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**1,172.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**                                     Case No. _____
        **LISA M. REYES**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CCI2350384 / COM ED 26499** | | | **File acct. No. 7423820032** **Claim for balance due on utility account** | | | | |
| **Com Ed** **Commonwealth Edison** **P.O. Box 6111** **Carol Stream, IL 60197** | | J | | | | | **626.25** |
| Account No. | | | | | | | |
| **ARC, Inc.** **2915 Professional Parkway** **Augusta, GA 30907** | | | Representing: Com Ed | | | | **Notice Only** |
| Account No. | | | | | | | |
| **CCI / Contract Callers, Inc.** **1058 Claussen Road, Ste. 110** **Augusta, GA 30907** | | | Representing: Com Ed | | | | **Notice Only** |
| Account No. | | | | | | | |
| **CCI / Contract Callers, Inc.** **2915 Professional Parkway** **Augusta, GA 30907-3540** | | | Representing: Com Ed | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Com Ed** **Commonwealth Edison** **Bill Payment Center** **Chicago, IL 60668** | | | Representing: Com Ed | | | | **Notice Only** |

Sheet no. __16__ of __70__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)                **626.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
       **LISA M. REYES**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Com Ed / Commonwealth Edison Co.** <br>**3 Lincoln Center** <br>**Attn: Bankruptcy Section** <br>**Oakbrook Terrace, IL 60181** | | | Representing: <br>Com Ed | | | | **Notice Only** |
| Account No. **on or about 2008 - 2012** <br><br>**Comcast / Comcast Cable** <br>**P.O. Box 3002** <br>**Southeastern, PA 19398** | | J | 01-010000-8771300310827955-00 <br>Claim for balance due on account for services rendered | | | | **111.96** |
| Account No. **CCP 105345** <br><br>**Consultants in Clinical Pathology** <br>**37416 Eagle Way** <br>**Chicago, IL 60678** | | J | on or about 2006 - 2007 <br>Medical services | | | | **40.90** |
| Account No. **6011007038625132** <br><br>**Discover Card / Discover Bank** <br>**Discover Financial Services LLC** <br>**P.O. Box 15316** <br>**Wilmington, DE 19850** | | H | Opened  8/03/05  Last Active  1/15/09 <br>Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | **9,998.96** |
| Account No. <br><br>**Capital Management Services, LP** <br>**726 Exchange Street, Ste. 700** <br>**Buffalo, NY 14210** | | | Representing: <br>Discover Card / Discover Bank | | | | **Notice Only** |

Sheet no. __17__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,151.82**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
**LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Capital Management Services, LP 698 1/2 South Ogden Street Buffalo, NY 14206** | | | Representing: Discover Card / Discover Bank | | | | **Notice Only** |
| Account No. **Capital Management Services, LP PO Box 964 Buffalo, NY 14220** | | | Representing: Discover Card / Discover Bank | | | | **Notice Only** |
| Account No. **Leading Edge Recovery Solutions LLC 5440 N. Cumberland Avenue, Ste. 300 Chicago, IL 60656** | | | Representing: Discover Card / Discover Bank | | | | **Notice Only** |
| Account No. **Leading Edge Recovery Solutions LLC PO Box 2330 Schiller Park, IL 60176** | | | Representing: Discover Card / Discover Bank | | | | **Notice Only** |
| Account No. **Northstar Location Services, LLC 4285 Genesee Street Cheektowaga, NY 14225** | | | Representing: Discover Card / Discover Bank | | | | **Notice Only** |

Sheet no. __18__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**  Case No. _____
      **LISA M. REYES**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| **Account No.** <br><br> **Van Ru Credit Corp.** <br> **11069 Strang Line Road, Bldg. E** <br> **Lenexa, KS 66215** | | | | | **Representing:** <br> **Discover Card / Discover Bank** | | | | **Notice Only** |
| **Account No. 8255040140130338** <br><br> **DISH Network** <br> **Dept 0063** <br> **Palatine, IL 60055** | | | J | | **on or about 2005 - 2012** <br> **Claim for balance due on services account** | | | | **160.00** |
| **Account No.** <br><br> **Afni, Inc.** <br> **404 Brock Drive** <br> **P.O. Box 3517** <br> **Bloomington, IL 61702** | | | | | **Representing:** <br> **DISH Network** | | | | **Notice Only** |
| **Account No.** <br><br> **Afni, Inc.** <br> **PO Box 3097** <br> **Bloomington, IL 61702** | | | | | **Representing:** <br> **DISH Network** | | | | **Notice Only** |
| **Account No.** <br><br> **Afni, Inc.** <br> **PO Box 3517** <br> **Bloomington, IL 61702** | | | | | **Representing:** <br> **DISH Network** | | | | **Notice Only** |

Sheet no. __**19**__ of __**70**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **160.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
**LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dish Network** <br> **9601 S. Meridian Blvd.** <br> **Englewood, CO 80112** | | | Representing: <br> DISH Network | | | | **Notice Only** |
| Account No. <br><br> **Evergreen Emergency Services, Ltd.** <br> **2800 W. 95th Street** <br> **Evergreen Park, IL 60805** | | J | on or about 2008 - 2014 <br> **Claim for balance due for services rendered** | | | | **591.00** |
| Account No. <br><br> **Dependon Collection Service, Inc.** <br> **P.O. Box 4833** <br> **Oak Brook, IL 60522** | | | Representing: <br> **Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |
| Account No. <br><br> **Evergreen Emergency Services, Ltd.** <br> **PO Box 428080** <br> **Evergreen Park, IL 60805** | | | Representing: <br> **Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |
| Account No. <br><br> **MCS Collections, Inc.** <br> **PO Box 7699** <br> **Chicago, IL 60680** | | | Representing: <br> **Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |

Sheet no. __20__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**591.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
    **LISA M. REYES**
                                              ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **MCS Collections, Inc.** <br> **725 S. Wells Street, Ste. 501** <br> **Chicago, IL 60607** | | | Representing: <br> **Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |
| **Account No. V1737-4974** <br><br> **Evergreen Emergency Services, Ltd.** <br> **PO Box 428080** <br> **Evergreen Park, IL 60805** | | J | **on or about 2007** <br> **Medical services** | | | | **38.00** |
| **Account No.** <br><br> **Evergreen Emergency Services, Ltd.** <br> **2800 W. 95th Street** <br> **Evergreen Park, IL 60805** | | | Representing: <br> **Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |
| **Account No.** <br><br> **MCS Collections, Inc.** <br> **PO Box 7699** <br> **Chicago, IL 60680** | | | Representing: <br> **Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |
| **Account No.** <br><br> **MCS Collections, Inc.** <br> **725 S. Wells Street, Ste. 501** <br> **Chicago, IL 60607** | | | Representing: <br> **Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |

Sheet no. __21__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**    Case No. _____
      **LISA M. REYES**

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **V2030-6017**<br><br>**Evergreen Emergency Services, Ltd.**<br>**PO Box 428080**<br>**Evergreen Park, IL 60805** | | J | on or about 2008 - 2009<br>**Medical services** | | | | **250.00** |
| Account No.<br><br>**Evergreen Emergency Services, Ltd.**<br>**2800 W. 95th Street**<br>**Evergreen Park, IL 60805** | | | **Representing:**<br>**Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |
| Account No.<br><br>**MCS Collections, Inc.**<br>**PO Box 7699**<br>**Chicago, IL 60680** | | | **Representing:**<br>**Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |
| Account No.<br><br>**MCS Collections, Inc.**<br>**725 S. Wells Street, Ste. 501**<br>**Chicago, IL 60607** | | | **Representing:**<br>**Evergreen Emergency Services, Ltd.** | | | | **Notice Only** |
| Account No. **6004665772441187**<br><br>**Fashion Bug / Soanb**<br>**1103 Allen Dr**<br>**Milford, OH 45150** | | W | Opened  4/27/92  Last Active  1/23/08<br>**Credit Card** | | | | **0.00** |

Sheet no. __22__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
             (Total of this page)      **250.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
      **LISA M. REYES**                                          Case No. _____

                                                     ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0027772755** <br><br>**Faslo Solutions** <br>**PO Box 77404** <br>**Ewing, NJ 08628** | | J | **on or about 2005 - 2015** <br>**Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | **Unknown** |
| Account No. <br><br>**Aurora Bank FSB** <br>**10350 Park Meadows Drive** <br>**Littleton, CO 80124** | | | **Representing:** <br>**Faslo Solutions** | | | | **Notice Only** |
| Account No. <br><br>**Aurora Loan Services** <br>**PO Box 1706** <br>**Scottsbluff, NE 69363** | | | **Representing:** <br>**Faslo Solutions** | | | | **Notice Only** |
| Account No. <br><br>**Aurora Loan Services** <br>**10350 Park Meadows Drive** <br>**Littleton, CO 80124** | | | **Representing:** <br>**Faslo Solutions** | | | | **Notice Only** |
| Account No. **1000185795** <br><br>**Fremont Investment** <br>**PO Box 8208** <br>**Orange, CA 92864** | | J | **on or about 2005 - 2015** <br>**Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | **Unknown** |

Sheet no. __**23**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal             | **0.00**
    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **LANCE T. REYES,**
       **LISA M. REYES**                                                    Case No. _____
                                                                     ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **60322033824733377** <br><br>**GE Capital Retail Bank / Walmart** <br> **PO Box 981400** <br> **El Paso, TX 79998** | | J | on or about 2006 - 2012 <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 1,179.47 |
| Account No. <br><br>**Academy Collection Service, Inc.** <br> **P.O. Box 16119** <br> **Philadelphia, PA 19114** | | | Representing: <br> **GE Capital Retail Bank / Walmart** | | | | Notice Only |
| Account No. <br><br>**Academy Collection Service, Inc.** <br> **10965 Decatur Road** <br> **Philadelphia, PA 19154** | | | Representing: <br> **GE Capital Retail Bank / Walmart** | | | | Notice Only |
| Account No. **6008891279862021** <br><br>**GE Money Bank** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 103106** <br> **Roswell, GA 30076** | | J | on or about 2007 - 2009 <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 4,257.66 |
| Account No. <br><br>**Kellar King & Associates, Inc.** <br> **1636 Shadowood Lane, Ste. 160B** <br> **Jacksonville, FL 32207** | | | Representing: <br> **GE Money Bank** | | | | Notice Only |

Sheet no. __24__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,437.13**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
    **LISA M. REYES**

                                            ,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Second Round, L.P.**<br>**PO Box 41955**<br>**Austin, TX 78704** | | | **Representing:**<br>**GE Money Bank** | | | | **Notice Only** |
| Account No. **410026-17-118275-0**<br><br>**HFC**<br>**PO Box 17574**<br>**Baltimore, MD 21297** | | J | **on or about 2005 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **350.86** |
| Account No. **441092211112**<br><br>**Household Credit Services**<br>**PO Box 19360**<br>**Portland, OR 97280** | | W | **Opened 10/01/03  Last Active 10/01/08**<br>**Claim for balance due on credit account** | | | | **4,707.00** |
| Account No. **41002600128606**<br><br>**Household Financial Corporation**<br>**Household Finance Corporfation**<br>**3921 High Point Road**<br>**Greensboro, NC 27407** | | J | **on or about 2004 - 2014**<br>**Claim for balance due on credit account** | | | | **644.50** |
| Account No. **169601-1254552687**<br><br>**HSBC / Best Buy**<br>**HSBC Bank Nevada, N.A.**<br>**PO Box 9**<br>**Buffalo, NY 14240** | | H | **Opened  5/19/05  Last Active  4/16/09**<br>**Misc. credit card purchases for household goods and/or various sundry items.** | | | | **4,197.55** |

Sheet no. __**25**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
          (Total of this page)
         **9,899.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
**LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Corporate Receivables, Inc.** **PO Box 32995** **Phoenix, AZ 85064** | | | | Representing: HSBC / Best Buy | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **HSBC Retail Services** **P.O. Box 5244** **Carol Stream, IL 60197** | | | | Representing: HSBC / Best Buy | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **HSBC Retail Services** **PO Box 15521** **Wilmington, DE 19850** | | | | Representing: HSBC / Best Buy | | | | **Notice Only** |
| Account No. 169601-3228703106 | | W | | Opened 12/30/06  Last Active  8/19/09 Misc. credit card purchases for household goods and/or various sundry items. | | | | |
| **HSBC / Best Buy** **HSBC Bank Nevada, N.A.** **PO Box 9** **Buffalo, NY 14240** | | | | | | | | **2,265.00** |
| Account No. | | | | | | | | |
| **Corporate Receivables, Inc.** **PO Box 32995** **Phoenix, AZ 85064** | | | | Representing: HSBC / Best Buy | | | | **Notice Only** |

Sheet no. __26__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,265.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
         **LISA M. REYES**                                      Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Financial Recovery Services, Inc.** **P.O. Box 385908** **Minneapolis, MN 55438** | | | **Representing:** **HSBC / Best Buy** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **LVNV Funding LLC** **PO Box 10497** **Greenville, SC 29603** | | | **Representing:** **HSBC / Best Buy** | | | | **Notice Only** |
| Account No. **226601-0990371574** | | H | **Opened  2/09/06  Last Active 11/01/08** **Misc. credit card purchases for tools, building supplies, household goods and/or various sundry items.** | | | | |
| **HSBC / Menards** **HSBC Bank Nevada, N.A.** **PO Box 9** **Buffalo, NY 14240** | | | | | | | **5,469.26** |
| Account No. | | | | | | | |
| **United Recovery Systems, LP** **P.O. Box 722929** **Houston, TX 77272** | | | **Representing:** **HSBC / Menards** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **United Recovery Systems, LP** **P.O. Box 722910** **Houston, TX 77272** | | | **Representing:** **HSBC / Menards** | | | | **Notice Only** |

Sheet no. __**27**__ of __**70**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,469.26**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
     **LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5458001552920690**<br><br>**HSBC Bank**<br>**PO Box 9**<br>**Buffalo, NY 14240** | | W | **Opened 2/19/07 Last Active 1/01/09**<br>**Claim for balance due on credit account** | | | | **4,157.91** |
| Account No.<br><br>**ER Solutions, Inc.**<br>**800 SW 39th Street**<br>**P.O. Box 9004**<br>**Renton, WA 98057** | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |
| Account No.<br><br>**HSBC Card Services**<br>**PO Box 17313**<br>**Baltimore, MD 21297** | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |
| Account No.<br><br>**NCO Financial Systems, Inc.**<br>**4608 South Garnett, Ste. 600**<br>**Tulsa, OK 74146** | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |
| Account No. **5499441092211112**<br><br>**HSBC Bank**<br>**PO Box 9**<br>**Buffalo, NY 14240** | | H | **Opened 10/24/03 Last Active 10/17/08**<br>**Claim for balance due on credit account** | | | | **4,707.00** |

Sheet no. __**28**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,864.91**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
       **LISA M. REYES**                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**HSBC Card Services** <br>**PO Box 37281** <br>**Baltimore, MD 21297** | | | Representing: <br>**HSBC Bank** | | | | **Notice Only** |
| Account No. **6004300990371574** <br><br>**HSBC Bank Nevada, N.A.** <br>**HSBC Card Services, Inc.** <br>**PO Box 5253** <br>**Carol Stream, IL 60197** | | J | on or about 2006 - 2013 <br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **5,323.68** |
| Account No. <br><br>**Corporate Receivables, Inc.** <br>**PO Box 32995** <br>**Phoenix, AZ 85064** | | | Representing: <br>**HSBC Bank Nevada, N.A.** | | | | **Notice Only** |
| Account No. **41002600128606** <br><br>**HSBC Consumer Lending USA, Inc.** <br>**Household Finance Corporation** <br>**3921 High Point Road** <br>**Greensboro, NC 27407** | | J | on or about 2004 - 2014 <br>**Claim for balance due on credit account** | | | | **644.50** |
| Account No. **3525513001** <br><br>**I C System** <br>**PO Box 64378** <br>**Saint Paul, MN 55164** | | W | Opened  9/03/08 <br>**Collection on account for and/or acquired from Banfield Pet Hospital** | | | | **204.00** |

Sheet no. __29__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,172.18**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **LANCE T. REYES,**
**LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **P1028518**<br><br>**IL Bone and Joint Institute**<br>**5057 Paysphere Circle**<br>**Chicago, IL 60674** | | J | | on or about 2008<br>**Medical services** | | | | **60.16** |
| Account No.<br><br>**Healthcare Information Services LLC**<br>**IL Bone and Joint Institute**<br>**5057 Paysphere Circle**<br>**Chicago, IL 60674** | | | | **Representing:**<br>**IL Bone and Joint Institute** | | | | **Notice Only** |
| Account No.<br><br>**Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | | **Representing:**<br>**IL Bone and Joint Institute** | | | | **Notice Only** |
| Account No.<br><br>**Medical Business Bureau, LLC**<br>**PO Box 1219**<br>**Park Ridge, IL 60068** | | | | **Representing:**<br>**IL Bone and Joint Institute** | | | | **Notice Only** |
| Account No. **156 0014446355**<br><br>**JPMorgan Chase Bank, N.A.**<br>**Chase Mortgage / WAMU**<br>**PO Box 24696**<br>**Columbus, OH 43224** | | J | | on or about 2008 - 2015<br>**Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | **Unknown** |

Sheet no. __30__ of __70__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**60.16**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
       **LISA M. REYES**                                        Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Real Time Resolutions, Inc.** **1750 Regal Row, Ste. N** **Dallas, TX 75235** | | | Representing: **JPMorgan Chase Bank, N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Real Time Resolutions, Inc.** **1349 Empire Central Drive, Ste. 150** **Dallas, TX 75247** | | | Representing: **JPMorgan Chase Bank, N.A.** | | | | **Notice Only** |
| Account No. **6393050458711165 / 45871116552** | | W | **Opened 10/04/06  Last Active  8/01/09** **Misc. credit card purchases for clothes, household goods and/or various sundry items.** | | | | |
| **Kohl's / Capital One** **Kohl's Department Store** **N56 W. 17000 Ridgewood Drive** **Menomonee Falls, WI 53051** | | | | | | | **3,047.33** |
| Account No. | | | | | | | |
| **CBCS** **PO Box 163250** **Columbus, OH 43216** | | | Representing: **Kohl's / Capital One** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Fisher and Shapiro, LLC** **4201 Lake Cook Road** **Northbrook, IL 60062** | | | Representing: **Kohl's / Capital One** | | | | **Notice Only** |

Sheet no. __31__ of __70__ sheets attached to Schedule of          Subtotal                **3,047.33**
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
     **LISA M. REYES**

Case No. _____

                                                   ,
                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FMS, Inc.**<br>**PO Box 707600**<br>**Tulsa, OK 74170** | | | **Representing:**<br>**Kohl's / Capital One** | | | | **Notice Only** |
| Account No.<br><br>**FMS, Inc.**<br>**PO Box 707601**<br>**Tulsa, OK 74170** | | | **Representing:**<br>**Kohl's / Capital One** | | | | **Notice Only** |
| Account No.<br><br>**FMS, Inc.**<br>**4915 S. Union Avenue**<br>**Tulsa, OK 74107** | | | **Representing:**<br>**Kohl's / Capital One** | | | | **Notice Only** |
| Account No.<br><br>**J.C. Christensen & Associates**<br>**P.O. Box 519**<br>**Sauk Rapids, MN 56379** | | | **Representing:**<br>**Kohl's / Capital One** | | | | **Notice Only** |
| Account No. *******8052<br><br>**Kohl's Department Stores, Inc.**<br>**N56 W 17000 Ridgewood Drive**<br>**Menomonee Falls, WI 53051** | | J | **on or about 2008 - 2014**<br>**Misc. credit card purchases for clothes,**<br>**household goods and/or various sundry**<br>**items.** | | | | **613.00** |

Sheet no. __**32**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**613.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
       **LISA M. REYES**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Merchants & Medical Credit Corp.** **6324 Taylor Drive** **Flint, MI 48507** | | | | Representing: Kohl's Department Stores, Inc. | | | | **Notice Only** |
| Account No. ******1165 / 45871116552 | | | | on or about 2008 - 2014 Misc. credit card purchases for clothes, household goods and/or various sundry items. | | | | |
| **Kohl's Department Stores, Inc.** **N56 W 17000 Ridgewood Drive** **Menomonee Falls, WI 53051** | | J | | | | | | **3,047.33** |
| Account No. | | | | | | | | |
| **CBCS** **PO Box 2589** **Columbus, OH 43216** | | | | Representing: Kohl's Department Stores, Inc. | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **CBCS** **PO Box 163250** **Columbus, OH 43216** | | | | Representing: Kohl's Department Stores, Inc. | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **FMS, Inc.** **PO Box 707601** **Tulsa, OK 74170** | | | | Representing: Kohl's Department Stores, Inc. | | | | **Notice Only** |

Sheet no. __33__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,047.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
        **LISA M. REYES**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FMS, Inc.** <br> **4915 S. Union Avenue** <br> **Tulsa, OK 74107** | | | **Representing:** <br> **Kohl's Department Stores, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Vision Financial Corp.** <br> **P.O. Box 900** <br> **Purchase, NY 10577** | | | **Representing:** <br> **Kohl's Department Stores, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Vision Financial Corp.** <br> **PO Box 7477** <br> **Rockford, IL 61126** | | | **Representing:** <br> **Kohl's Department Stores, Inc.** | | | | **Notice Only** |
| Account No. **V00017374974** <br><br> **Little Company of Mary Hospital** <br> **and Health Care Centers** <br> **2800 W. 95th Street** <br> **Evergreen Park, IL 60805** | | J | on or about 2006 - 2008 <br> **Medical services** | | | | **25.00** |
| Account No. <br><br> **Medical Business Bureau, LLC** <br> **1460 Renaissance Drive, Ste. 400** <br> **Park Ridge, IL 60068** | | | **Representing:** <br> **Little Company of Mary Hospital** | | | | **Notice Only** |

Sheet no. __**34**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
     **LISA M. REYES**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Medical Business Bureau, LLC**<br>**PO Box 1219**<br>**Park Ridge, IL 60068** | | | **Representing:**<br>**Little Company of Mary Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Pellettieri & Associates, Ltd.**<br>**Dept. 77304**<br>**P.O. Box 77000**<br>**Detroit, MI 48277-0304** | | | **Representing:**<br>**Little Company of Mary Hospital** | | | | **Notice Only** |
| Account No. **R000242588**<br><br>**Little Company of Mary Hospital**<br>**and Health Care Centers**<br>**2800 W. 95th Street**<br>**Evergreen Park, IL 60805** | | J | **on or about 2012 - 2015**<br>**Medical services** | | | | **941.44** |
| Account No.<br><br>**Medical Business Bureau, LLC**<br>**1460 Renaissance Drive, Ste. 400**<br>**Park Ridge, IL 60068** | | | **Representing:**<br>**Little Company of Mary Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Medical Business Bureau, LLC**<br>**PO Box 1219**<br>**Park Ridge, IL 60068** | | | **Representing:**<br>**Little Company of Mary Hospital** | | | | **Notice Only** |

Sheet no. **35** of **70** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**941.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
       **LISA M. REYES**

Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pellettieri & Associates, Ltd.** <br> **Dept. 77304** <br> **P.O. Box 77000** <br> **Detroit, MI 48277-0304** | | | **Representing:** <br> **Little Company of Mary Hospital** | | | | **Notice Only** |
| Account No. **V00017374974** <br><br> **Little Company of Mary Hospital** <br> **and Health Care Centers** <br> **2800 W. 95th Street** <br> **Evergreen Park, IL 60805** | | J | **on or about 2007** <br> **Medical services** | | | | **202.01** |
| Account No. **V00028061951** <br><br> **Little Company of Mary Hospital** <br> **and Health Care Centers** <br> **2800 W. 95th Street** <br> **Evergreen Park, IL 60805** | | J | **on or about 2013** <br> **Medical services** | | | | **2,000.00** |
| Account No. **7001063228703106** <br><br> **LVNV Funding LLC** <br> **PO Box 10497** <br> **Greenville, SC 29603** | | W | **Opened 8/17/09 Last Active 7/01/08** <br> **Claim for balance due on account for and/or** <br> **acquired from HSBC Bank Nevada N.A.** | | | | **2,265.00** |
| Account No. <br><br> **Allied Interstate, LLC** <br> **3000 Corporate Exchange Drive** <br> **Columbus, OH 43231** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**36**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,467.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
       **LISA M. REYES**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Allied Interstate, LLC** **PO Box 361774** **Columbus, OH 43236** | | | Representing: LVNV Funding LLC | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Associated Recovery Systems** **P.O. Box 469046** **Escondido, CA 92046** | | | Representing: LVNV Funding LLC | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Financial Recovery Services, Inc.** **P.O. Box 385908** **Minneapolis, MN 55438** | | | Representing: LVNV Funding LLC | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Protocol Recovery Service, Inc.** **509 Mercer Avenue** **Panama City, FL 32401** | | | Representing: LVNV Funding LLC | | | | **Notice Only** |
| Account No. 7021271254552687 | | H | Opened 4/01/09  Last Active 9/01/08 Claim for balance due on credit account | | | | |
| **LVNV Funding LLC** **PO Box 10497** **Greenville, SC 29603** | | | | | | | **6,538.00** |

Sheet no. __37__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,538.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
       **LISA M. REYES**                                                   Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Blatt, Hasenmiller, Leibsker & Moor** **125 S. Wacker Drive, Ste.400** **Chicago, IL 60606** | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Bradley Sayad** **PO Box 909886** **Chicago, IL 60690** | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Financial Recovery Services, Inc.** **P.O. Box 385908** **Minneapolis, MN 55438** | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Integrity Financial Partners, Inc.** **4370 W. 109th Street, Ste. 100** **Overland Park, KS 66211** | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **National Action Financial Services** **P.O. Box 9027** **Williamsville, NY 14231** | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __38__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **LANCE T. REYES,**
      **LISA M. REYES**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **358869795**<br><br>**LVNV Funding LLC**<br>**PO Box 10497**<br>**Greenville, SC 29603** | | J | on or about 7/2/2013<br>**Ex-parte judgment entered against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2013-M1-129901** | | | | **5,669.14** |
| Account No.<br><br>**Nelson, Watson & Associates, LLC**<br>**80 Merrimack Street Lower Level**<br>**Haverhill, MA 01830** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Nelson, Watson & Associates, LLC**<br>**PO Box 1299**<br>**Haverhill, MA 01831** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Weltman, Weinberg & Reis Co., LPA**<br>**180 N. LaSalle Street, Ste. 2400**<br>**Chicago, IL 60601** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. **11002795**<br><br>**Main Street Acquisition Corp.**<br>**7473 West Lake Meade,  216**<br>**Las Vegas, NV 89128** | | J | on or about 2008 - 2010<br>**Claim for balance due on account acquired from HSBC Bank Nevada, N.A.** | | | | **5,081.17** |

Sheet no. __39__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,750.31**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
     **LISA M. REYES**                                        Case No. _____

                                       ,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Amsher Collection Services, Inc.** <br> **600 Beacon Parkway West, Ste. 300** <br> **Birmingham, AL 35209** | | | **Representing:** <br> **Main Street Acquisition Corp.** | | | | **Notice Only** |
| Account No. <br><br> **Mercantile Adjustment Bureau, LLC** <br> **PO Box 9016** <br> **Williamsville, NY 14231** | | | **Representing:** <br> **Main Street Acquisition Corp.** | | | | **Notice Only** |
| Account No. <br><br> **Praxis Financial Solutions, Inc.** <br> **7301 N. Lincoln Avenue, Ste. 220** <br> **Lincolnwood, IL 60712** | | | **Representing:** <br> **Main Street Acquisition Corp.** | | | | **Notice Only** |
| Account No. <br><br> **Praxis Financial Solutions, Inc.** <br> **7331 N. Lincoln Avenue, Ste. 8** <br> **Lincolnwood, IL 60712** | | | **Representing:** <br> **Main Street Acquisition Corp.** | | | | **Notice Only** |
| Account No. 6004300106426411 <br><br> **Menard's** <br> **c/o Retail Services** <br> **PO Box 15521** <br> **Wilmington, DE 19850** | | J | **Opened 2/09/06 Last Active 10/05/08** <br> **Misc. credit card purchases for tools, building supplies, household goods and/or various sundry items.** | | | | **3,170.92** |

Sheet no. __40__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
          (Total of this page)       **3,170.92**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
**LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1256566**<br><br>**Mercy Physician Billing**<br>**35072 Eagle Way**<br>**Chicago, IL 60678** | | J | | on or about 2006 - 2008<br>Medical services | | | | 58.00 |
| Account No. **0834000073**<br><br>**MetroSouth Medical Center**<br>**12935 S. Gregory Street**<br>**Blue Island, IL 60406** | | J | | on or about 2008<br>Medical services | | | | 2,053.75 |
| Account No. **8538139791**<br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | H | | Opened  1/04/11  Last Active 10/01/08<br>Claim for balance due on account for and/or<br>acquired from Chase Bank USA N.A. | | | | 27,272.00 |
| Account No.<br><br>**Budzik & Dynia, LLC**<br>**4849 N. Milwaukee Avenue, Ste. 801**<br>**Chicago, IL 60630** | | | | Representing:<br>Midland Funding LLC | | | | Notice Only |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | | Representing:<br>Midland Funding LLC | | | | Notice Only |

Sheet no. __41__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,383.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
**LISA M. REYES**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | | Representing: <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Mgmt., Inc.** <br> **Department 8870** <br> **Los Angeles, CA 90084** | | | | Representing: <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Funding LLC** <br> **8875 Aero Drive, Ste. 200** <br> **San Diego, CA 92123** | | | | Representing: <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. 8545284152 <br><br> **Midland Funding LLC** <br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | H | | Opened 12/28/11  Last Active 10/01/08 <br> Claim for balance due on account for and/or <br> acquired from HSBC Bank Nevada  N.A. | | | | **5,773.00** |
| Account No. <br><br> **Budzik & Dynia, LLC** <br> **4849 N. Milwaukee Avenue, Ste. 801** <br> **Chicago, IL 60630** | | | | Representing: <br> **Midland Funding LLC** | | | | **Notice Only** |

Sheet no. __**42**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,773.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
       **LISA M. REYES**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Mgmt., Inc.** <br> **Department 8870** <br> **Los Angeles, CA 90084** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Funding LLC** <br> **8875 Aero Drive, Ste. 200** <br> **San Diego, CA 92123** | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. 8539347876 <br><br> **Midland Funding LLC** <br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | W | **Opened 4/06/11 Last Active 1/01/09** <br> **Claim for balance due on account for and/or** <br> **acquired from Target National Bank** | | | | **4,929.00** |

Sheet no. __43__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,929.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **LANCE T. REYES,**
      **LISA M. REYES**
_____,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | | | | | |
| **Budzik & Dynia, LLC** 4849 N. Milwaukee Avenue, Ste. 801 Chicago, IL 60630 | | | | | Representing: Midland Funding LLC | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **Midland Credit Management, Inc.** P.O. Box 60578 Los Angeles, CA 90060 | | | | | Representing: Midland Funding LLC | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **Midland Credit Management, Inc.** 8875 Aero Drive San Diego, CA 92123 | | | | | Representing: Midland Funding LLC | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **Midland Credit Mgmt., Inc.** Department 8870 Los Angeles, CA 90084 | | | | | Representing: Midland Funding LLC | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **Midland Funding LLC** 8875 Aero Drive, Ste. 200 San Diego, CA 92123 | | | | | Representing: Midland Funding LLC | | | | **Notice Only** |

Sheet no. __44__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
**LISA M. REYES**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8542240099<br><br>**Midland Funding LLC**<br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | J | on or about 2008 - 2015<br>**Claim for balance due on account for and/or acquired from T-Mobile** | | | | **1,032.31** |
| Account No.<br><br>**Budzik & Dynia, LLC**<br>**4849 N. Milwaukee Avenue, Ste. 801**<br>**Chicago, IL 60630** | | | Representing:<br>Midland Funding LLC | | | | **Notice Only** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | Representing:<br>Midland Funding LLC | | | | **Notice Only** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | Representing:<br>Midland Funding LLC | | | | **Notice Only** |
| Account No.<br><br>**Midland Credit Mgmt., Inc.**<br>**Department 8870**<br>**Los Angeles, CA 90084** | | | Representing:<br>Midland Funding LLC | | | | **Notice Only** |

Sheet no. __45__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,032.31**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**                                    Case No. _____
       **LISA M. REYES**

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Midland Funding LLC** <br>**8875 Aero Drive, Ste. 200** <br>**San Diego, CA 92123** | | | Representing: <br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Funding LLC** <br>**Midland Credit Management, Inc.** <br>**P.O. Box 60578** <br>**Los Angeles, CA 90060** | | J | on or about 9/27/2012 <br>**Ex-parte judgment entered against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2012-M1-134578** | | | | **4,707.20** |
| Account No. <br><br> **Blatt, Hasenmiller, Leibsker & Moor** <br>**125 S. Wacker Drive, Ste.400** <br>**Chicago, IL 60606** | | | Representing: <br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Budzik & Dynia, LLC** <br>**4849 N. Milwaukee Avenue, Ste. 801** <br>**Chicago, IL 60630** | | | Representing: <br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Management, Inc.** <br>**P.O. Box 60578** <br>**Los Angeles, CA 90060** | | | Representing: <br>**Midland Funding LLC** | | | | **Notice Only** |

Sheet no. __**46**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **4,707.20**

B6F (Official Form 6F) (12/07) - Cont.

In re **LANCE T. REYES,**
     **LISA M. REYES**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Midland Credit Management, Inc.** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Mgmt., Inc.** <br> **Department 8870** <br> **Los Angeles, CA 90084** | | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Midland Funding LLC** <br> **8875 Aero Drive, Ste. 200** <br> **San Diego, CA 92123** | | | | **Representing:** <br> **Midland Funding LLC** | | | | **Notice Only** |
| Account No. 366096 <br><br> **Midland Orthopedic Associates** <br> **5201 Willow Springs Road, Ste. 340** <br> **La Grange, IL 60525** | | J | | on or about 2008 - 2012 <br> **Medical services** | | | | **501.94** |
| Account No. <br><br> **Midstate Collection Solutions, Inc.** <br> **2009 Round Barn Road, Ste. B** <br> **P.O. Box 3292** <br> **Champaign, IL 61826** | | | | **Representing:** <br> **Midland Orthopedic Associates** | | | | **Notice Only** |

Sheet no. __47__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**501.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
       **LISA M. REYES**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **101270** <br><br> **Midland Orthopedic Associates, SC** <br> **2850 S. Wabash, Ste. 100** <br> **Chicago, IL 60616** | | J | on or about 2008 - 2011 <br> **Medical services** | | | | **468.96** |
| Account No. **074492919** <br><br> **Mile Square Health Center** <br> **2045 W. Washington Blvd.** <br> **Chicago, IL 60612** | | J | on or about 2007 <br> **Medical services** | | | | **58.00** |
| Account No. **721424717** <br><br> **Money Recovery Nationwide** <br> **801 S. Waverly Road, Ste. 100** <br> **Lansing, MI 48917** | | J | on or about 2005 - 2014 <br> **Claim for balance due on credit account** | | | | **1,749.12** |
| Account No. **269628** <br><br> **NSM Recovery Services, Inc.** <br> **350 Highland Drive** <br> **Lewisville, TX 75067** | | J | on or about 2005 - 2015 <br> **Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | **Unknown** |
| Account No. <br><br> **RCS Recovery Services, LLC** <br> **1499 West Palmetto Park Road** <br> **Suite 140** <br> **Boca Raton, FL 33486** | | | Representing: <br> **NSM Recovery Services, Inc.** | | | | **Notice Only** |

Sheet no. __**48**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,276.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
     **LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **OL070407**<br><br>**Occu Sport Services, Inc.**<br>**PO Box 2427**<br>**Orland Park, IL 60462** | | J | on or about 2006 - 2007<br>**Medical services** | | | | 46.34 |
| Account No. **REYLA0000**<br><br>**Pandit Foot and Ankle**<br>**3830 W. 95th Street, Ste. 104**<br>**Evergreen Park, IL 60805** | | J | on or about 2011<br>**Medical services** | | | | 7.00 |
| Account No. **67924PCC**<br><br>**Pathology Consultants of Chicago Lt**<br>**PO Box 88493**<br>**Chicago, IL 60680** | | J | on or about 2006 - 2007<br>**Medical services** | | | | 414.00 |
| Account No. **4500038671948**<br><br>**Peoples Energy**<br>**200 East Randolph**<br>**Chicago, IL 60601** | | W | Opened 11/20/04  Last Active 11/07/08<br>**Claim for balance due on utility account** | | | | **Unknown** |
| Account No.<br><br>**Peoples Energy / Peoples Gas**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60601** | | | Representing:<br>**Peoples Energy** | | | | **Notice Only** |

Sheet no. __**49**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

467.34

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
      **LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4500043510151**<br><br>**Peoples Energy<br>200 East Randolph<br>Chicago, IL 60601** | | W | Opened 3/07/06 Last Active 5/11/06<br>Claim for balance due on utility account | | | | **Unknown** |
| Account No.<br><br>**Peoples Energy / Peoples Gas<br>130 E. Randolph Drive<br>Chicago, IL 60601** | | | Representing:<br>Peoples Energy | | | | **Notice Only** |
| Account No. **4500046072843**<br><br>**Peoples Energy / Peoples Gas<br>130 E. Randolph Drive<br>Chicago, IL 60601** | | W | Opened 11/01/06 Last Active 3/01/15<br>Claim for balance due on utility account | | | | **581.00** |
| Account No. **HSBC -04300990371574**<br><br>**Portfolio Recovery & Affiliates<br>Portfolio Recovery Associates LLC<br>120 Corporate Blvd., Ste. 1<br>Norfolk, VA 23502** | | H | Opened 11/24/09 Last Active 11/01/08<br>Claim for balance due on account for and/or acquired from HSBC / Best Buy / HSBC Bank Nevada N.A. | | | | **6,015.00** |
| Account No.<br><br>**Blitt and Gaines, P.C.<br>661 Glenn Avenue<br>Wheeling, IL 60090** | | | Representing:<br>Portfolio Recovery & Affiliates | | | | **Notice Only** |

Sheet no. __50__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,596.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**                                                    Case No. _____
      **LISA M. REYES**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Freedman Anselmo Lindberg LLC** 1771 W. Diehl Road, Ste. 150 PO Box 3228 Naperville, IL 60566 | | | Representing: **Portfolio Recovery & Affiliates** | | | | **Notice Only** |
| Account No. **Portfolio Recovery & Affiliates** Portfolio Recovery Associates LLC 120 Corporate Blvd., Ste. 1 Norfolk, VA 23502 | | J | on or about 4/5/2011 **Ex-parte judgment entered against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2011-M1-110818** | | | | **5,469.26** |
| Account No. **Blitt and Gaines, P.C.** 661 Glenn Avenue Wheeling, IL 60090 | | | Representing: **Portfolio Recovery & Affiliates** | | | | **Notice Only** |
| Account No. **Freedman Anselmo Lindberg LLC** 1771 W. Diehl Road, Ste. 150 PO Box 3228 Naperville, IL 60566 | | | Representing: **Portfolio Recovery & Affiliates** | | | | **Notice Only** |
| Account No. **Portfolio Recovery & Affiliates** Portfolio Recovery Associates LLC 120 Corporate Blvd., Ste. 1 Norfolk, VA 23502 | | J | on or about 2006 - 2015 **Claim for balance due on account for and/or acquired from HSBC Bank Nevada, N.A.** | | | | **7,779.99** |

Sheet no. __51__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,249.25**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
     **LISA M. REYES**
     _____,
                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Freedman Anselmo Lindberg LLC**<br>**1771 W. Diehl Road, Ste. 150**<br>**PO Box 3228**<br>**Naperville, IL 60566** | | | **Representing:**<br>**Portfolio Recovery & Affiliates** | | | | **Notice Only** |
| Account No. **6019183027621077**<br><br>**Portfolio Recovery & Affiliates**<br>**Portfolio Recovery Associates LLC**<br>**120 Corporate Blvd., Ste. 1**<br>**Norfolk, VA 23502** | | J | **on or about 2010 - 2013**<br>**Claim for balance due on account for and/orquired from GE Capital Corp. / GE Capital Retail Bank / Care Credit** | | | | **716.87** |
| Account No. **035529-00**<br><br>**Precise Medical Billing**<br>**15774 S. LaGrange Road, #397**<br>**Orland Park, IL 60462** | | J | **on or about 2007 - 2008**<br>**Medical services** | | | | **105.00** |
| Account No. **A472-0163126-02**<br><br>**Radiological Physicians, Ltd.**<br>**PO Box 2150**<br>**Bedford Park, IL 60499** | | J | **on or about 2007 - 2008**<br>**Medical services** | | | | **60.00** |
| Account No.<br><br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd., Ste. 232**<br>**Rolling Meadows, IL 60008** | | | **Representing:**<br>**Radiological Physicians, Ltd.** | | | | **Notice Only** |

Sheet no. __**52**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**881.87**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
     **LISA M. REYES**                                                            Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **106038** | | | on or about 2006 - 2007 **Medical services** | | | | |
| **Radiology Imaging Specialists Ltd.** **PO Box 70** **Hinsdale, IL 60522** | | J | | | | | **30.85** |
| Account No. | | | | | | | |
| **Radiology Imaging Specialists Ltd.** **39645 Treasury Center** **Chicago, IL 60694** | | | Representing: **Radiology Imaging Specialists Ltd.** | | | | **Notice Only** |
| Account No. **000151130** | | | on or about 2005 - 2015 **Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | |
| **RCS Recovery Services, LLC** **1499 West Palmetto Park Road** **Suite 140** **Boca Raton, FL 33486** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **NSM Recovery Services, Inc.** **350 Highland Drive** **Lewisville, TX 75067** | | | Representing: **RCS Recovery Services, LLC** | | | | **Notice Only** |
| Account No. **151130** | | | Opened 11/24/14 **Factoring Company Account Nsm Recovery Service** | | | | |
| **Rcs Recovry Services L** **1499 W Palmetto Park Rd** **Boca Raton, FL 33486** | | H | | | | | **9,940.00** |

Sheet no. __**53**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,970.85**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
    **LISA M. REYES**
                                          ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **156 0014446355**<br><br>Real Time Resolutions, Inc.<br>1750 Regal Row, Ste. N<br>Dallas, TX 75235 | | J | | on or about 2005 - 2015<br>**Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | **Unknown** |
| Account No.<br><br>Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Ste. 150<br>Dallas, TX 75247 | | | | Representing:<br>**Real Time Resolutions, Inc.** | | | | **Notice Only** |
| Account No.<br><br>Resurgence Capital, LLC<br>1161 Lake Cook Road, Suite D<br>Deerfield, IL 60015 | | H | | on or about 12/19/2011<br>**Ex-parte judgment entered against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2011-M1-159585** | | | | **5,383.87** |
| Account No.<br><br>Resurgence Legal Group, PC<br>1161 Lake Cook Road, Ste. E<br>Deerfield, IL 60015 | | | | Representing:<br>**Resurgence Capital, LLC** | | | | **Notice Only** |
| Account No.<br><br>Resurgence Capital, LLC<br>1161 Lake Cook Road, Suite D<br>Deerfield, IL 60015 | | W | | on or about 2/6/2012<br>**Ex-parte judgment entered against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2011-M1-167080** | | | | **3,695.66** |

Sheet no. __**54**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,079.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
     **LISA M. REYES**

Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Resurgence Legal Group, PC** <br>**1161 Lake Cook Road, Ste. E** <br>**Deerfield, IL 60015** | | | Representing: <br>**Resurgence Capital, LLC** | | | | **Notice Only** |
| Account No. **16701064** <br><br>**Sears/Cbna** <br>**Po Box 6189** <br>**Sioux Falls, SD 57117** | | W | Opened 5/01/93 Last Active 5/22/01 <br>**Charge Account** | | | | **Unknown** |
| Account No. **806050207** <br><br>**Sears/Cbna** <br>**Po Box 6189** <br>**Sioux Falls, SD 57117** | | H | Opened 12/01/91 Last Active 7/16/02 <br>**Charge Account** | | | | **Unknown** |
| Account No. **6008891279862021** <br><br>**Second Round, L.P.** <br>**PO Box 41955** <br>**Austin, TX 78704** | | J | on or about 2010 - 2011 <br>**Claim for balance due on account for and/or acquired from GE Money / JCPenney** | | | | **4,237.66** |
| Account No. <br><br>**Integrity Financial Partners, Inc.** <br>**4370 W. 109th Street, Ste. 100** <br>**Overland Park, KS 66211** | | | Representing: <br>**Second Round, L.P.** | | | | **Notice Only** |

Sheet no. __**55**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,237.66**

B6F (Official Form 6F) (12/07) - Cont.

In re **LANCE T. REYES,**
     **LISA M. REYES**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Northland Group Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN 55439** | | | **Representing:** <br> **Second Round, L.P.** | | | | **Notice Only** |
| Account No. **134312** <br><br> **Sinai Medical Group** <br> **3537 Paysphere Circle** <br> **Chicago, IL 60674** | | J | on or about 2013 <br> **Medical services** | | | | **19.50** |
| Account No. **1025538110** <br><br> **South Haven Comunity Hospital** <br> **955 South Bailey Avenue** <br> **South Haven, MI 49090** | | J | on or about 2008 <br> **Medical services** | | | | **1,726.12** |
| Account No. <br><br> **NCO Financial Systems, Inc.** <br> **4608 South Garnett, Ste. 600** <br> **Tulsa, OK 74146** | | | **Representing:** <br> **South Haven Comunity Hospital** | | | | **Notice Only** |
| Account No. **10204** <br><br> **South Suburban Medical Clinic, LLC** <br> **Dr. Nadeem Ahmad** <br> **PO Box 308** <br> **Mishawaka, IN 46546** | | J | on or about 2011 - 2012 <br> **Medical services** | | | | **4.00** |

Sheet no. __**56**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,749.62**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
**LISA M. REYES**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 771412007094 <br><br> Syncb / Sam's Club <br> PO Box 965005 <br> Orlando, FL 32896 | | J | 10/2001 - 03/2015 <br> Credit account | | | | 0.00 |
| Account No. 6032203382473337 <br><br> Syncb / Walmart <br> PO Box 965024 <br> Orlando, FL 32896 | | W | Opened 11/29/06  Last Active  5/15/09 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 1,179.00 |
| Account No. 6008891270892225 <br><br> Syncb/Jcp <br> PO Box 965007 <br> Orlando, FL 32896 | | J | Opened  4/01/90  Last Active  3/01/15 <br> Charge Account | | | | 0.00 |
| Account No. 600889372612 <br><br> Syncb/Jcp <br> Po Box 965007 <br> Orlando, FL 32896 | | W | Opened 11/10/93  Last Active  6/27/01 <br> Charge Account | | | | Unknown |
| Account No. 600889377749 <br><br> Syncb/Jcp <br> Po Box 965007 <br> Orlando, FL 32896 | | H | Opened  4/01/90  Last Active  3/01/15 <br> Charge Account | | | | Unknown |

Sheet no. __57__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,179.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**                                      Case No. _____
        **LISA M. REYES**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **600889248187**<br><br>Syncb/Jcp<br>PO Box 965007<br>Orlando, FL 32896 | | J | **04/2002 - 03/2015**<br>**Credit account** | | | | **0.00** |
| Account No. **600889384708**<br><br>Syncb/Jcp<br>PO Box 965007<br>Orlando, FL 32896 | | J | **11/1993 - 03/2015**<br>**Credit account** | | | | **0.00** |
| Account No. **780820341559**<br><br>Syncb/M Wards<br>Po Box 965005<br>Orlando, FL 32896 | | W | **Opened 6/26/92 Last Active 8/06/01**<br>**Charge Account** | | | | **Unknown** |
| Account No. **780821340803**<br><br>Syncb/M Wards<br>Po Box 965005<br>Orlando, FL 32896 | | J | **Opened 7/25/90 Last Active 3/09/02**<br>**Charge Account** | | | | **Unknown** |
| Account No. **6019210710905671**<br><br>Syncb/Mohawk<br>c/o PO Box 965036<br>Orlando, FL 32896 | | H | **Opened 10/03/03 Last Active 11/14/06**<br>**Charge Account** | | | | **0.00** |

Sheet no. __**58**__ of __**70**__ sheets attached to Schedule of         Subtotal         **0.00**
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**                                          Case No. _____
       **LISA M. REYES**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6019210708214003** <br><br> **Syncb/Mohi** <br> **Mohawk Industry / GEMB** <br> **Po Box 981439** <br> **El Paso, TX 79998-1439** | | H | Opened 10/01/03  Last Active  3/01/15 <br> Charge Account | | | | **0.00** |
| Account No. **482892542** <br><br> **T-Mobile** <br> **PO Box 790047** <br> **Saint Louis, MO 63179** | | J | on or about 2006 - 2013 <br> Claim for balance due on account | | | | **1,032.31** |
| Account No. <br><br> **T-Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274** | | | Representing: <br> T-Mobile | | | | **Notice Only** |
| Account No. <br><br> **T-Mobile** <br> **1401 W. North Avenue** <br> **Melrose Park, IL 60160** | | | Representing: <br> T-Mobile | | | | **Notice Only** |
| Account No. <br><br> **T-Mobile** <br> **2515 W. North Avenue** <br> **Melrose Park, IL 60160** | | | Representing: <br> T-Mobile | | | | **Notice Only** |

Sheet no. __**59**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,032.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
        **LISA M. REYES**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **T-Mobile** **2911 W. Addison Street** **Chicago, IL 60618** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile** **5123 S. Pulaski Road** **Chicago, IL 60634** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile** **7309 W. Irving Park Road** **Chicago, IL 60634** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile** **7601 S. Cicero Avenue** **Chicago, IL 60652** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | J | | **on or about 2007 - 2014** **Claim for balance due on telephone service account** | | | | |
| **T-Mobile** **606 W. Roosevelt Road** **Chicago, IL 60607** | | | | | | | | **Unknown** |

Sheet no. __60__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
      **LISA M. REYES**
                                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **T-Mobile** **4714 N. Broadway Street** **Chicago, IL 60640** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile** **36 S. State Street** **Chicago, IL 60603** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile** **1639 N. Milwaukee Avenue** **Chicago, IL 60647** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile** **1451 E. 53rd Street** **Chicago, IL 60615** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile** **4830 N. Pulaski Road** **Chicago, IL 60630** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |

Sheet no. __**61**__ of __**70**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
     **LISA M. REYES**
                                          ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **T-Mobile 2000 W. Chicago Avenue Chicago, IL 60622** | | | | Representing: T-Mobile | | | | **Notice Only** |
| Account No. **T-Mobile 205 W. 87th Street Chicago, IL 60620** | | | | Representing: T-Mobile | | | | **Notice Only** |
| Account No. **T-Mobile 6216 N. Western Avenue Chicago, IL 60659** | J | | | on or about 2006 - 2012 Claim for balance due on account for telephone service | | | | **Unknown** |
| Account No. **T-Mobile 3951 N. Kimball Avenue Chicago, IL 60618** | | | | Representing: T-Mobile | | | | **Notice Only** |
| Account No. **T-Mobile 1001 75th Street Woodridge, IL 60517** | | | | Representing: T-Mobile | | | | **Notice Only** |

Sheet no. __**62**__ of __**70**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
       **LISA M. REYES**

Case No. _____

_____,
                                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **T-Mobile** **2243 Maple Avenue** **Downers Grove, IL 60515** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile** **221 E. Roosevelt Road** **Lombard, IL 60148** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile** **6179 N. Lincoln Avenue** **Chicago, IL 60659** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile Financial** **PO Box 2400** **Young America, MN 55553** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **T-Mobile USA** **12920 SE 38th Street** **Bellevue, WA 98006** | | | | **Representing:** **T-Mobile** | | | | **Notice Only** |

Sheet no. __63__ of __70__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**     Case No. _____
        **LISA M. REYES**

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **482892542** <br><br> **T-Mobile USA / T-Mobile Wireless** <br> **PO Box 790047** <br> **Saint Louis, MO 63179** | | J | **on or about 2005 - 2014** <br> **Claim for balance due on telephone service account** | | | | **1,032.31** |
| Account No. <br><br> **ER Solutions, Inc.** <br> **800 SW 39th Street** <br> **P.O. Box 9004** <br> **Renton, WA 98057** | | | **Representing:** <br> **T-Mobile USA / T-Mobile Wireless** | | | | **Notice Only** |
| Account No. <br><br> **PFG of Minnesota** <br> **7825 Washington Avenue S, Ste. 310** <br> **Minneapolis, MN 55439** | | | **Representing:** <br> **T-Mobile USA / T-Mobile Wireless** | | | | **Notice Only** |
| Account No. <br><br> **William W. Siegel & Assoc., LLC** <br> **PO Box 9006** <br> **Smithtown, NY 11787** | | | **Representing:** <br> **T-Mobile USA / T-Mobile Wireless** | | | | **Notice Only** |
| Account No. **4352-3767-3387-7336** <br><br> **Target National Bank** <br> **P.O. Box 59317** <br> **Minneapolis, MN 55459** | | J | **on or about  12/17/2009** <br> **Ex-parte judgment entered against Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of Cook County, Case No. 2009-M1-191117** | | | | **7,396.60** |

Sheet no. _**64**_ of _**70**_  sheets attached to Schedule of     Subtotal     **8,428.91**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
　　　　**LISA M. REYES**　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Blatt, Hasenmiller, Leibsker & Moor**<br>**125 S. Wacker Drive, Ste.400**<br>**Chicago, IL 60606** | | | Representing:<br>**Target National Bank** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Target Nb**<br>**PO Box 673**<br>**Minneapolis, MN 55440** | | | Representing:<br>**Target National Bank** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **TD Bank USA, N.A. / Targetcredit**<br>**Target Card Services**<br>**PO Box 673**<br>**Minneapolis, MN 55440** | | | Representing:<br>**Target National Bank** | | | | **Notice Only** |
| Account No. 4352371723362381 | | W | **Opened 8/05/04 Last Active 2/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | |
| **Target Nb**<br>**PO Box 673**<br>**Minneapolis, MN 55440** | | | | | | | **4,284.00** |
| Account No. 035529-00 | | J | on or about 2007 - 2008<br>**Medical services** | | | | |
| **Tartof, David, M.D.**<br>**2816 S. Ellis, RC 266**<br>**Chicago, IL 60616** | | | | | | | **105.00** |

Sheet no. __65__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　Subtotal　　　| **4,389.00** |
　　　　　　　　　　　　　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**    Case No. _____
      **LISA M. REYES**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 14522091106<br><br>**TB&W**<br>**Taylor, Bean & Whitaker**<br>**1417 N Magnolia Avenue**<br>**Ocala, FL 34475-9078** | | J | on or about 2005 - 2015<br>**Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | **Unknown** |
| Account No. 4352376733877336<br><br>**TD Bank USA, N.A. / Targetcredit**<br>**Target Card Services**<br>**PO Box 673**<br>**Minneapolis, MN 55440** | | H | Opened  3/05/05  Last Active 12/08/08<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **7,396.60** |
| Account No. 6035320135840161<br><br>**Thd / Citibank (South Dakota), NA**<br>**The Home Depot**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | H | Opened  5/20/00  Last Active 11/11/08<br>**Misc. credit card purchases for tools, building supplies, household goods and/or various sundry items.** | | | | **38,840.00** |
| Account No.<br><br>**Home Depot Credit Services**<br>**Processing Center**<br>**Des Moines, IA 50364** | | | Representing:<br>**Thd / Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. 6035320214544593<br><br>**Thd / Citibank (South Dakota), NA**<br>**The Home Depot**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | W | Opened 10/08/06  Last Active  5/12/09<br>**Misc. credit card purchases for tools, building supplies, household goods and/or various sundry items.** | | | | **4,510.40** |

Sheet no. __66__ of __70__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal        **50,747.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **LANCE T. REYES,**
         **LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Home Depot Credit Services Processing Center Des Moines, IA 50364** | | | Representing: **Thd / Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. **LTD Financial Services, L.P. 7322 Southwest Freeway, Ste. 1600 Houston, TX 77074** | | | Representing: **Thd / Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. **NCO Financial Systems, Inc. PO Box 15889 Wilmington, DE 19850** | | | Representing: **Thd / Citibank (South Dakota), NA** | | | | **Notice Only** |
| Account No. 6035320076626298 **Thd / Citibank (South Dakota), NA The Home Depot PO Box 6497 Sioux Falls, SD 57117** | | H | **Opened 5/01/00 Last Active 10/01/08 Misc. credit card purchases for tools, building supplies, household goods and/or various sundry items.** | | | | **29,128.53** |
| Account No. **The Bank of New York Mellon f/k/a The Bank of New York One Wall Street New York, NY 10286** | | J | **on or about 2005 - 2015 Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | **Unknown** |

Sheet no. __67__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,128.53**

B6F (Official Form 6F) (12/07) - Cont.

In re **LANCE T. REYES,**
**LISA M. REYES**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Fisher and Shapiro, LLC** <br>**4201 Lake Cook Road** <br>**Northbrook, IL 60062** | | | **Representing:** <br>**The Bank of New York Mellon** | | | | **Notice Only** |
| Account No. <br><br>**Fisher and Shapiro, LLC** <br>**2121 Waukegan Road, Ste. 301** <br>**Bannockburn, IL 60015** | | | **Representing:** <br>**The Bank of New York Mellon** | | | | **Notice Only** |
| Account No. 6032203382473337 <br><br>**Velocity Investments, LLC** <br>**1800 Route 34 North, Ste. 404A** <br>**Belmar, NJ 07719** | J | | **Claim for balance due on account for and/or acquired from GE Money Bank** | | | | **1,179.47** |
| Account No. <br><br>**Adler, Arthur B. & Associates** <br>**25 E. Washington, Ste. 500** <br>**Chicago, IL 60602** | | | **Representing:** <br>**Velocity Investments, LLC** | | | | **Notice Only** |
| Account No. 444935571-M / 1012025473 <br><br>**Vonage** <br>**Fox Valley Drive** <br>**Aurora, IL 60504** | J | | **on or about 2010 - 2014** <br>**Claim for balance due on service account** | | | | **68.53** |

Sheet no. __68__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,248.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LANCE T. REYES,**
      **LISA M. REYES**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **Receivable Management Services** <br> **4836 Brecksville Road** <br> **P.O. Box 523** <br> **Richfield, OH 44286** | | | | Representing: <br> **Vonage** | | | | **Notice Only** |
| Account No. **20362** <br><br> **Walgreen / C&M Pharmacy** <br> **4339 DiPaolo Center** <br> **Glenview, IL 60025** | | J | | **on or about 2014 - 2015** <br> **Claim for balance due on account** | | | | **27.60** |
| Account No. **6032 2033 8247 3337** <br><br> **Walmart** <br> **PO Box 530927** <br> **Atlanta, GA 30353** | | J | | **on or about 2005 - 2014** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,179.47** |
| Account No. **65065004936840001** <br><br> **Wells Fargo Bank NV, N.A.** <br> **Wells Fargo Bank, N.A.** <br> **PO Box 31557** <br> **Billings, MT 59107** | | J | | **on or about 2005 - 2015** <br> **Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | **Unknown** |
| Account No. <br><br> **Wells Fargo Home Equity Collections** <br> **PO Box 4116** <br> **Portland, OR 97208** | | | | Representing: <br> **Wells Fargo Bank NV, N.A.** | | | | **Notice Only** |

Sheet no. **69** of **70** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,207.07**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LANCE T. REYES,**
        **LISA M. REYES**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **WES 1014928** | | | | **on or about 2014** **Medical services** | | | | |
| **Westlake Emergency Room Providers** **PO Box 87618, Dept. 10303** **Chicago, IL 60680** | | | J | | | | | **5.47** |
| Account No. **694283** | | | | **on or about 2005 - 2015** **Claim for deficiency in mortgage loan and/or escrow account and/or home equity line of credit** | | | | |
| **Wilshire Credit Corp** **450 American St # Sv416** **Simi Valley, CA 93065** | | | J | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __70__ of __70__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **5.47** |
| Total (Report on Summary of Schedules) | **415,544.46** |

B6G (Official Form 6G) (12/07)

In re      **LANCE T. REYES,**                                                    Case No. _____
      **LISA M. REYES**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **LANCE T. REYES,**                                          Case No. _____
      **LISA M. REYES**
_____ ,
                      Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **LANCE T. REYES** |
| Debtor 2 (Spouse, if filing) | **LISA M. REYES** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                                                  12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | | **events manager** |
| | Employer's name | | **Point 180, LLC** |
| | Employer's address | | **3575 Lone Star Circle, Ste. 200**<br>**Fort Worth, TX 76177** |
| | How long employed there? | | **1 1/2 years** |

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 2,449.28 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 2,449.28 |

Debtor 1  **LANCE T. REYES**
Debtor 2  **LISA M. REYES**                                                    Case number (if known) _____

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | 0.00 | $ 2,449.28 |
| 5. **List all payroll deductions:** | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | 0.00 | $ 259.62 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ 73.48 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ | 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ | 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ | 0.00 | $ 0.00 |
| 5h. **Other deductions. Specify:** | 5h.+ | $ | 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 0.00 | $ 333.10 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | 0.00 | $ 2,116.18 |
| 8. **List all other income regularly received:** | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ | 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ | 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ | 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:   **SNAP (food stamps) benefits** | 8f. | $ | 501.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ | 0.00 | $ 0.00 |
| 8h. **Other monthly income. Specify:** | 8h.+ | $ | 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 501.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 501.00 | + $ 2,116.18 | = $ 2,617.18 |
| 11. **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | 11. | +$ | | 0.00 |
| 12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ | | 2,617.18 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒  No.

☐  Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **LANCE T. REYES** |
| Debtor 2 (Spouse, if filing) | **LISA M. REYES** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 12 years | ☐ No ■ Yes |
   | Son | 15 years | ☐ No ■ Yes |
   | Son | 17 years | ☐ No ■ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,073.64 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | **LANCE T. REYES** | | |
|---|---|---|---|
| Debtor 2 | **LISA M. REYES** | Case number (if known) | |

| 6. | **Utilities:** | | |
|---|---|---|---|
| | 6a. Electricity, heat, natural gas | 6a. $ | **250.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **60.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **100.00** |
| | 6d. Other. Specify: __Internet service__ | 6d. $ | **9.95** |
| 7. | **Food and housekeeping supplies** | 7. $ | **750.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **175.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **150.00** |
| 10. | **Personal care products and services** | 10. $ | **185.00** |
| 11. | **Medical and dental expenses** | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. $ | **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **50.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21.<br>The result is your monthly expenses. | 22. $ | **3,003.59** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **2,617.18** |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | **3,003.59** |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. $ | **-386.41** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LANCE T. REYES**
**LISA M. REYES**

Case No. _____

Debtor(s)    Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __94__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May  1, 2015**    Signature    **/s/ LANCE T. REYES**
**LANCE T. REYES**
Debtor

Date    **May  1, 2015**    Signature    **/s/ LISA M. REYES**
**LISA M. REYES**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **LANCE T. REYES**
**LISA M. REYES**
                  Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $13,854.00 | **2013: Wife Self-Employment Income** |
| $4,132.00 | **2013: Wife Employment Income** |
| $8,598.15 | **2015 YTD: Wife Employment Income** |
| $33,074.00 | **2014: Wife Employment Income** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

---

**3. Payments to creditors**

None
☐

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063** | **February, March & April, 2015**<br>**(monthly mortgage payments for residence)** | **$3,220.92** | **$150,708.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CitiMortgage, Inc. vs. Lance Reyes, Lisa Reyes, et. al.**<br>**Case No. 2013-CH-06489** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules F** | **Circuit Court of Cook County, Illinois** | **Pending and unresolved; Judgment of Foreclosure and Sale entered on or about 8/22/2013; Order for Possession entered on 12/23/2013** |
| **Resurgence Capital, LLC vs. Lance T. Reyes a/k/a Lance T. Reyes, Sr.**<br>**Case No. 2011-M1-159585** | **Debtor husband is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Circuit Court of Cook County, Illinois** | **Ex-parte default judgment entered against Debtor husband on December 19, 2011; citation proceedings are pending.** |
| **Resurgence Capital, LLC vs. Lisa Reyes a/k/a Lisa M. Reyes a/k/a Lisa M. Garippo**<br>**Case No. 2011-M1-167080** | **Debtor wife is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Circuit Court of Cook County, Illinois** | **Ex-parte default judgment entered against Debtor wife on February 6, 2012; citation proceedings are pending.** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

#### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gregory D. Bruno** <br> **1807 N. Broadway** <br> **Melrose Park, IL 60160** | **March 31, 2015** | **$1,500.00 was paid for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

#### 10. Other transfers

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)
5

None    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
     trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lance Construction Co.** | **3586** | **10936 S. Drake Avenue Chicago, IL 60655** | **part-time home repair & general contracting** | **1/2011 to present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Lance T. Reyes | 10936 S. Drake Avenue<br>Chicago, IL 60655 |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| on or about 4/15/2015 | Lance T. Reyes | Approx. $4,000.00, consisting of misc. tools and equipment used in Debtor husband's part-time home repair business, to wit: hand tools, 10" table saw, mitre saw, nail gun, trim nailer, multi-task tool, ladders, sanders, grinder, shovel, post hole digger, levels, screw gun, drill and compressor; at fair market value |

None
☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| on or about 4/15/2015 | Lance T. Reyes<br>10936 S. Drake Avenue<br>Chicago, IL 60655 |

B7 (Official Form 7) (04/13)
8

### 21 . Current Partners, Officers, Directors and Shareholders

**None** ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

**None** ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

**None** ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

**None** ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

**None** ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

**None** ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25. Pension Funds.

**None** ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**May  1, 2015**_____      Signature    __**/s/ LANCE T. REYES**_____
                                                            **LANCE T. REYES**
                                                            Debtor


Date __**May  1, 2015**_____      Signature    __**/s/ LISA M. REYES**_____
                                                            **LISA M. REYES**
                                                            Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LANCE T. REYES**
**LISA M. REYES**
_____    Case No. _____
Debtor(s)    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**Single family, three bedroom home located at 10936 S. Drake Avenue, Chicago IL 60655** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Debtor will retain collateral and continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES           ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **May  1, 2015**_____    Signature   **/s/ LANCE T. REYES**_____
**LANCE T. REYES**
Debtor

Date   **May  1, 2015**_____    Signature   **/s/ LISA M. REYES**_____
**LISA M. REYES**
Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **LANCE T. REYES**
        **LISA M. REYES**                      Case No. _____

                                 Debtor(s)          Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,165.00 |
| Prior to the filing of this statement I have received | $ | 1,165.00 |
| Balance Due | $ | 0.00 |

2.   $ **335.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 1, 2015** _____      **/s/ Gregory D. Bruno** _____
                                           **Gregory D. Bruno**
                                           **Law Offices of Gregory D. Bruno**
                                           **1807 N. Broadway**
                                           **Melrose Park, IL 60160**
                                           **(708) 343-4544   Fax: (708) 343-4670**

**AGREEMENT AS TO ATTORNEY'S FEES AND COSTS**

**FOR LEGAL REPRESENTATION IN CHAPTER 7 BANKRUPTCY**

This Agreement is made this _31st_ day of _MARCH_, _2015_, by and between _LANCE T. REYES_ (and _LISA M. REYES_ ), hereinafter referred to as the "Client," and GREGORY D. BRUNO and the Law Offices of GREGORY D. BRUNO, hereinafter referred to as the "Attorneys," for legal services to be rendered by the Attorneys on behalf of the Client in contemplation of or in connection with a Chapter 7 bankruptcy case.

Client and Attorneys agree that the minimum fee to be paid by Client to the Attorneys for such legal services shall be $ _1,500.00_, which does/does not include the bankruptcy filing fee of $335.00, and which does/does not include a credit report fee of $ _74.00_  In this regard, Client agrees to deposit $ _1,500.00_ of the minimum fee as a retainer, prior to the preparation of a bankruptcy petition; and Client further agrees to pay the balance of the minimum fees within _N.A._ thereafter. (Attorney hereby acknowledges receipt of the sum of $ _1,500.00_ from Client on _3/31/15_ ).

In return for the above-disclosed minimum fee, Attorneys hereby agree to render legal services to the Client for all aspects of a chapter 7 bankruptcy, including:

(1) Analyze the amount and nature of the debts owed by the person filing bankruptcy and determine the best remedy for the person's financial problems.

(2) Advise the person filing of the relief available under chapter 7 and the other chapters of the Bankruptcy Code, and the advisability of proceeding under each chapter.

(3) Assist the person in obtaining the required pre-bankruptcy budget and credit counseling briefing.

1

(4) Assemble the information and data necessary to prepare the chapter 7 bankruptcy forms for filing.

(5) Prepare the petitions, schedules, statements and other chapter 7 forms for filing with the bankruptcy court.

(6) Assist the person filing bankruptcy in arranging his or her assets so as to enable the person to retain as many of the assets as possible after the chapter 7 case is filed.

(7) Filing chapter 7 petitions, schedules, statements and other forms with the bankruptcy court, and, if necessary, notifying certain creditors of the commencement of the bankruptcy case.

(8) If necessary, assisting the person filing bankruptcy in reaffirming certain debts, redeeming personal property, setting aside mortgages or liens against exempt property, and otherwise carrying out the matters set forth in the statement of intention.

(9) Attending the meeting of creditors with the person filing bankruptcy and appearing with the person at any other hearings that may be held in the case.

(10) Assist the debtor in attending and completing the required instructional course on personal financial management.

(11) If necessary, preparing and filing amended schedules, statements, and other documents with the bankruptcy court in order to protect the rights of the person filing bankruptcy.

Client hereby acknowledges and agrees that the minimum fee stated in this Agreement may not be sufficient to pay and/or reimburse the Attorneys for all of their attorney's fees and costs/expenses, and in that event, the Client agrees to promptly pay any such additional amounts as they become due and owing.

**Client also acknowledges and agrees that this Agreement does NOT cover, include or provide for legal representation of Client in other legal matters, including but not limited to: bankruptcy adversary proceedings, issues as to fraudulent conveyances, asset exemptions and/or debt dischargeability, tax proceedings, judicial lien avoidances, relief from stay actions, civil litigation, and criminal investigation and/or prosecution, for which additional fees would need to be agreed upon and pre-paid by the Client in the event that legal representation becomes necessary for those types of legal matters.**

Due to a recent decision by the Illinois Supreme Court (Brian Dowling vs. Chicago Options Associates, Inc., Case No. 102578, Ill, 2007), the Attorneys propose to treat all payments made by the Client to the Attorney as an "advance payment retainer" in which the Client intends to make a present payment to the Attorneys in exchange for the commitment to provide legal services in the future. Ownership of this retainer passes to

2

the Attorneys immediately upon payment, and shall be deposited in the general office fund account of the Attorneys and not in a client trust account, and shall be withdrawn by the Attorneys at their sole discretion.   While the Client has the option to have such monetary payment placed into a "security retainer" and the choice of the type of retainer to be used is the Client's alone, the Supreme Court has found that the use of an "advance retainer agreement" would be appropriate when a client is facing bankruptcy, a collection action or a criminal forfeiture proceeding and therefore needs to secure and protect sufficient funds out of the reach of seizure in order to hire legal counsel, thereby being advantageous to the client   Your signature on this Agreement shall acknowledge and confirm your acceptance and approval of the use of an "advance payment retainer" by the Attorneys.

**The undersigned hereby acknowledges that he or she has read and does accept the foregoing Agreement.**

Signed: _____     Dated: ___3/31/15___

Signed: _____     Dated: ___3/31/15___

Signed: _____     Dated: ___3/31/15___

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201A (Form 201A) (6/14)

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **LANCE T. REYES**
**LISA M. REYES**

Case No.

Debtor(s)      Chapter  **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**LANCE T. REYES**
**LISA M. REYES**

Printed Name(s) of Debtor(s)

X  **/s/ LANCE T. REYES**      **May 1, 2015**

Signature of Debtor      Date

Case No. (if known) _____

X  **/s/ LISA M. REYES**      **May 1, 2015**

Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **LANCE T. REYES**
**LISA M. REYES**                                   Case No. _____
                              Debtor(s)        Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **385**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May  1, 2015** _____        **/s/ LANCE T. REYES** _____
                                                **LANCE T. REYES**
                                                Signature of Debtor

Date:  **May  1, 2015** _____        **/s/ LISA M. REYES** _____
                                                **LISA M. REYES**
                                                Signature of Debtor

25 East Same Day Surgery
3149 Eagle Way
Chicago, IL 60678


Academy Collection Service, Inc.
P.O. Box 16119
Philadelphia, PA 19114


Academy Collection Service, Inc.
10965 Decatur Road
Philadelphia, PA 19154


Adler, Arthur B. & Associates
25 E. Washington, Ste. 500
Chicago, IL 60602


Advantage Assets II, Inc.
1000 N. West Street
Ste. 1200
Wilmington, DE 19801


Afni, Inc.
404 Brock Drive
P.O. Box 3517
Bloomington, IL 61702


Afni, Inc.
PO Box 3517
Bloomington, IL 61702


Afni, Inc.
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702


Afni, Inc.
404 Brock Drive
P.O. Box 3517
Bloomington, IL 61702


Afni, Inc.
PO Box 3097
Bloomington, IL 61702

Afni, Inc.
PO Box 3517
Bloomington, IL 61702


Airway Oxygen Inc Benton Harbor
PO Box 9950
Wyoming, MI 49509


Allied Interstate, LLC
3000 Corporate Exchange Drive
Columbus, OH 43231


Allied Interstate, LLC
PO Box 361774
Columbus, OH 43236


Allied Intl. Credit Corp., (US)
100 East Shore Drive, 3rd Floor
Glen Allen, VA 23059


Allied Intl. Credit Corp., (US)
11357 Nuckols Road, Unit #113
Glen Allen, VA 23059


Amsher Collection Services, Inc.
600 Beacon Parkway West, Ste. 300
Birmingham, AL 35209


ARC, Inc.
2915 Professional Parkway
Augusta, GA 30907


ARC, Inc.
2915 Professional Parkway
Augusta, GA 30907


ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046


Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046

```
AT&T
32 Avenue of the Americas
New York, NY 10013


Atkins, Edward M., M.D.
8135 N. Milwaukee Avenue
Niles, IL 60714


Aurora Bank FSB
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Bank FSB
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Bank FSB
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Bank FSB
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Bank FSB
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Bank FSB
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363


Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124
```

Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363


Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363


Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363


Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363


Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124


Banfield Pet Hospital
1101 South Canal Street
Chicago, IL 60607


Bank of America
1800 Tapo Canyon Road
Simi Valley, CA 93063


Bank of America
1800 Tapo Canyon Road
Simi Valley, CA 93063


Bank of America
Po Box 982235
El Paso, TX 79998

Bank of America
1800 Tapo Canyon Road
Simi Valley, CA 93063


Best Buy
c/o Retail Services
PO Box 17298
Baltimore, MD 21297


Best Buy
c/o Retail Services
PO Box 17298
Baltimore, MD 21297


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive, Ste.400
Chicago, IL 60606


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive, Ste.400
Chicago, IL 60606


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive, Ste.400
Chicago, IL 60606


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Bradley Sayad
PO Box 909886
Chicago, IL 60690


Budzik & Dynia, LLC
4849 N. Milwaukee Avenue, Ste. 801
Chicago, IL 60630


Budzik & Dynia, LLC
4849 N. Milwaukee Avenue, Ste. 801
Chicago, IL 60630

Budzik & Dynia, LLC
4849 N. Milwaukee Avenue, Ste. 801
Chicago, IL 60630


Budzik & Dynia, LLC
4849 N. Milwaukee Avenue, Ste. 801
Chicago, IL 60630


Budzik & Dynia, LLC
4849 N. Milwaukee Avenue, Ste. 801
Chicago, IL 60630


Buividas, Alex J.
4554 S. Archer Avenue
Chicago, IL 60632


Buividas, Thomas A.
4554 S. Archer Avenue
Chicago, IL 60632


Cap One / Capital One
PO Box 19360
Portland, OR 97280


Cap1/Vlcty
Capital One / Value City
PO Box 15524
Wilmington, DE 19850


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206


Capital Management Services, LP
PO Box 964
Buffalo, NY 14220


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210

Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206


Capital Management Services, LP
PO Box 964
Buffalo, NY 14220


Capital One
Po Box 30253
Salt Lake City, UT 84130


Capital One / Menards
PO Box 30253
Salt Lake City, UT 84130


Capital One Bank USA N
15000 Capital One Drive
Richmond, VA 23238


Capital One Bank USA N
15000 Capital One Drive
Richmond, VA 23238


Capital One, N.A.
Capital One Services, LLC
PO Box 85619
Richmond, VA 23285


Capital One, N.A.
Capital One Services, LLC
PO Box 85619
Richmond, VA 23285


Cavalry Portfolio Service
PO Box 27288
Tempe, AZ 85285


Cavalry SPV I, LLC
c/o Cavalry Portfolio Services, LLC
PO Box 27288
Tempe, AZ 85285

```
CBCS
PO Box 163250
Columbus, OH 43216


CBCS
PO Box 2589
Columbus, OH 43216


CBCS
PO Box 163250
Columbus, OH 43216


CBE Group
131 Tower Park Drive, Ste. 100
Waterloo, IA 50701


CBE Group, Inc.
PO Box 2695
Waterloo, IA 50704


CBE Group, Inc.
1309 Technology Pkwy.
Cedar Falls, IA 50613


CCI / Contract Callers, Inc.
2915 Professional Parkway
Augusta, GA 30907-3540


CCI / Contract Callers, Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907


CCI / Contract Callers, Inc.
1058 Claussen Road, Ste. 110
Augusta, GA 30907


CCI / Contract Callers, Inc.
2915 Professional Parkway
Augusta, GA 30907-3540


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850
```

Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
Chase Card
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
Chase Card
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
Attn: Bankruptcy Dept.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
Attn: Bankruptcy Dept.
P.O. Box 15298
Wilmington, DE 19850


Chase Card
Po Box 15298
Wilmington, DE 19850


Chase Card
P.O. Box 15298
Wilmington, DE 19850


Chase Mortgage
PO Box 24696
Columbus, OH 43224


Citi
Citicorp Credit Services, Inc. (USA
PO Box 653095
Dallas, TX 75265


Citibank (South Dakota), NA
The Home Depot
PO Box 6497
Sioux Falls, SD 57117

```
Citibank (South Dakota), NA
c/o Home Depot Credit Services
Processing Center
Des Moines, IA 50364


Citibank (South Dakota), NA
c/o Home Depot Credit Services
Processing Center
Des Moines, IA 50364


Citibank, N.A. / Best Buy
PO Box 469100
Escondido, CA 92046


Citibank, N.A. / CitiMortgage, Inc.
PO Box 769006
San Antonio, TX 78245


CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117


CitiMortgage, Inc.
PO Box 769006
San Antonio, TX 78245


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Codilis & Associates, P.C.
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527


Collection Company of America
700 Lonwater Drive
Norwell, MA 02061


Com Ed
Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197
```

```
Com Ed
Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Com Ed / Commonwealth Edison Co.
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181


Comcast / Comcast Cable
P.O. Box 3002
Southeastern, PA 19398


Consultants in Clinical Pathology
37416 Eagle Way
Chicago, IL 60678


Corporate Receivables, Inc.
PO Box 32995
Phoenix, AZ 85064


Corporate Receivables, Inc.
PO Box 32995
Phoenix, AZ 85064


Corporate Receivables, Inc.
PO Box 32995
Phoenix, AZ 85064


Dependon Collection Service, Inc.
P.O. Box 4833
Oak Brook, IL 60522


Discover Card / Discover Bank
Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850


DISH Network
Dept 0063
Palatine, IL 60055
```

```
Dish Network
9601 S. Meridian Blvd.
Englewood, CO 80112


ER Solutions, Inc.
800 SW 39th Street
P.O. Box 9004
Renton, WA 98057


ER Solutions, Inc.
800 SW 39th Street
P.O. Box 9004
Renton, WA 98057


Evergreen Emergency Services, Ltd.
2800 W. 95th Street
Evergreen Park, IL 60805


Evergreen Emergency Services, Ltd.
PO Box 428080
Evergreen Park, IL 60805


Evergreen Emergency Services, Ltd.
PO Box 428080
Evergreen Park, IL 60805


Evergreen Emergency Services, Ltd.
PO Box 428080
Evergreen Park, IL 60805


Evergreen Emergency Services, Ltd.
2800 W. 95th Street
Evergreen Park, IL 60805


Evergreen Emergency Services, Ltd.
2800 W. 95th Street
Evergreen Park, IL 60805


Fashion Bug / Soanb
1103 Allen Dr
Milford, OH 45150


Faslo Solutions
PO Box 77404
Ewing, NJ 08628
```

```
Faslo Solutions
PO Box 77404
Ewing, NJ 08628


Faslo Solutions
PO Box 77404
Ewing, NJ 08628


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438


Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062


Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062


Fisher and Shapiro, LLC
2121 Waukegan Road, Ste. 301
Bannockburn, IL 60015


Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062


Fisher and Shapiro, LLC
2121 Waukegan Road, Ste. 301
Bannockburn, IL 60015


FMS, Inc.
PO Box 707600
Tulsa, OK 74170
```

```
FMS, Inc.
PO Box 707601
Tulsa, OK 74170


FMS, Inc.
4915 S. Union Avenue
Tulsa, OK 74107


FMS, Inc.
PO Box 707601
Tulsa, OK 74170


FMS, Inc.
4915 S. Union Avenue
Tulsa, OK 74107


FMS, Inc.
PO Box 707601
Tulsa, OK 74170


FMS, Inc.
4915 S. Union Avenue
Tulsa, OK 74107


Freedman Anselmo Lindberg LLC
1771 W. Diehl Road, Ste. 150
PO Box 3228
Naperville, IL 60566


Freedman Anselmo Lindberg LLC
1771 W. Diehl Road, Ste. 150
PO Box 3228
Naperville, IL 60566


Freedman Anselmo Lindberg LLC
1771 W. Diehl Road, Ste. 150
PO Box 3228
Naperville, IL 60566


Fremont Investment
PO Box 8208
Orange, CA 92864
```

Fremont Investment
PO Box 8208
Orange, CA 92864


GE Capital Retail Bank / Walmart
PO Box 981400
El Paso, TX 79998


GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA 30076


Healthcare Information Services LLC
IL Bone and Joint Institute
5057 Paysphere Circle
Chicago, IL 60674


HFC
PO Box 17574
Baltimore, MD 21297


Home Depot Credit Services
Processing Center
Des Moines, IA 50364


Home Depot Credit Services
Processing Center
Des Moines, IA 50364


Household Credit Services
PO Box 19360
Portland, OR 97280


Household Financial Corporation
Household Finance Corporfation
3921 High Point Road
Greensboro, NC 27407


HSBC / Best Buy
HSBC Bank Nevada, N.A.
PO Box 9
Buffalo, NY 14240

HSBC / Best Buy
HSBC Bank Nevada, N.A.
PO Box 9
Buffalo, NY 14240


HSBC / Menards
HSBC Bank Nevada, N.A.
PO Box 9
Buffalo, NY 14240


HSBC Bank
PO Box 9
Buffalo, NY 14240


HSBC Bank
PO Box 9
Buffalo, NY 14240


HSBC Bank Nevada, N.A.
HSBC Card Services, Inc.
PO Box 5253
Carol Stream, IL 60197


HSBC Card Services
PO Box 17313
Baltimore, MD 21297


HSBC Card Services
PO Box 37281
Baltimore, MD 21297


HSBC Consumer Lending USA, Inc.
Household Finance Corporation
3921 High Point Road
Greensboro, NC 27407


HSBC Retail Services
P.O. Box 5244
Carol Stream, IL 60197


HSBC Retail Services
PO Box 15521
Wilmington, DE 19850

I C System
PO Box 64378
Saint Paul, MN 55164


I.C. System, Inc.
P.O. Box 64378
Saint Paul, MN 55164


IL Bone and Joint Institute
5057 Paysphere Circle
Chicago, IL 60674


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Service Inc.
8231 185th St., Ste 100
Tinley Park, IL 60487


Integrity Financial Partners, Inc.
4370 W. 109th Street, Ste. 100
Overland Park, KS 66211


Integrity Financial Partners, Inc.
4370 W. 109th Street, Ste. 100
Overland Park, KS 66211


Integrity Financial Partners, Inc.
4370 W. 109th Street, Ste. 100
Overland Park, KS 66211


J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


JPMorgan Chase Bank, N.A.
Chase Mortgage / WAMU
PO Box 24696
Columbus, OH 43224

JPMorgan Chase Bank, N.A.
Chase Mortgage / WAMU
PO Box 24696
Columbus, OH 43224


Kellar King & Associates, Inc.
1636 Shadowood Lane, Ste. 160B
Jacksonville, FL 32207


Kohl's / Capital One
Kohl's Department Store
N56 W. 17000 Ridgewood Drive
Menomonee Falls, WI 53051


Kohl's Department Stores, Inc.
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051


Kohl's Department Stores, Inc.
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051


Leading Edge Recovery Solutions LLC
5440 N. Cumberland Avenue, Ste. 300
Chicago, IL 60656


Leading Edge Recovery Solutions LLC
PO Box 2330
Schiller Park, IL 60176


Little Company of Mary Hospital
and Health Care Centers
2800 W. 95th Street
Evergreen Park, IL 60805


Little Company of Mary Hospital
and Health Care Centers
2800 W. 95th Street
Evergreen Park, IL 60805


Little Company of Mary Hospital
and Health Care Centers
2800 W. 95th Street
Evergreen Park, IL 60805

Little Company of Mary Hospital
and Health Care Centers
2800 W. 95th Street
Evergreen Park, IL 60805


LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


LVNV Funding LLC
PO Box 10497
Greenville, SC 29603


LVNV Funding LLC
PO Box 10497
Greenville, SC 29603


LVNV Funding LLC
PO Box 10497
Greenville, SC 29603


LVNV Funding LLC
PO Box 10497
Greenville, SC 29603


Main Street Acquisition Corp.
7473 West Lake Meade, 216
Las Vegas, NV 89128

```
MCS Collections, Inc.
PO Box 7699
Chicago, IL 60680


MCS Collections, Inc.
725 S. Wells Street, Ste. 501
Chicago, IL 60607


MCS Collections, Inc.
PO Box 7699
Chicago, IL 60680


MCS Collections, Inc.
725 S. Wells Street, Ste. 501
Chicago, IL 60607


MCS Collections, Inc.
PO Box 7699
Chicago, IL 60680


MCS Collections, Inc.
725 S. Wells Street, Ste. 501
Chicago, IL 60607


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
PO Box 1219
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068


Medical Business Bureau, LLC
PO Box 1219
Park Ridge, IL 60068


Medical Business Bureau, LLC
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068
```

Medical Business Bureau, LLC
PO Box 1219
Park Ridge, IL 60068


Menard's
c/o Retail Services
PO Box 15521
Wilmington, DE 19850


Mercantile Adjustment Bureau, LLC
PO Box 9016
Williamsville, NY 14231


Merchants & Medical Credit Corp.
6324 Taylor Drive
Flint, MI 48507


Merchants & Medical Credit Corp.
6324 Taylor Drive
Flint, MI 48507


Mercy Physician Billing
35072 Eagle Way
Chicago, IL 60678


MetroSouth Medical Center
12935 S. Gregory Street
Blue Island, IL 60406


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123

```
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123


Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084


Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084


Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084


Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084


Midland Credit Mgmt., Inc.
Department 8870
Los Angeles, CA 90084
```

```
Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123


Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123


Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123


Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123


Midland Funding LLC
8875 Aero Drive, Ste. 200
San Diego, CA 92123
```

Midland Orthopedic Associates
5201 Willow Springs Road, Ste. 340
La Grange, IL 60525


Midland Orthopedic Associates, SC
2850 S. Wabash, Ste. 100
Chicago, IL 60616


Midstate Collection Solutions, Inc.
2009 Round Barn Road, Ste. B
P.O. Box 3292
Champaign, IL 61826


Mile Square Health Center
2045 W. Washington Blvd.
Chicago, IL 60612


Money Recovery Nationwide
801 S. Waverly Road, Ste. 100
Lansing, MI 48917


MRS Associates of New Jersey
MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


National Action Financial Services
P.O. Box 9027
Williamsville, NY 14231


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


NCO Financial Systems, Inc.
4608 South Garnett, Ste. 600
Tulsa, OK 74146


NCO Financial Systems, Inc.
PO Box 15889
Wilmington, DE 19850


NCO Financial Systems, Inc.
PO Box 15889
Wilmington, DE 19850

NCO Financial Systems, Inc.
4608 South Garnett, Ste. 600
Tulsa, OK 74146


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill, MA 01831


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225


Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008


NSM Recovery Services, Inc.
350 Highland Drive
Lewisville, TX 75067


NSM Recovery Services, Inc.
350 Highland Drive
Lewisville, TX 75067


NSM Recovery Services, Inc.
350 Highland Drive
Lewisville, TX 75067


NSM Recovery Services, Inc.
350 Highland Drive
Lewisville, TX 75067


Occu Sport Services, Inc.
PO Box 2427
Orland Park, IL 60462

Pandit Foot and Ankle
3830 W. 95th Street, Ste. 104
Evergreen Park, IL 60805

Pathology Consultants of Chicago Lt
PO Box 88493
Chicago, IL 60680

Pellettieri & Associates, Ltd.
Dept. 77304
P.O. Box 77000
Detroit, MI 48277-0304

Pellettieri & Associates, Ltd.
Dept. 77304
P.O. Box 77000
Detroit, MI 48277-0304

Peoples Energy
200 East Randolph
Chicago, IL 60601

Peoples Energy
200 East Randolph
Chicago, IL 60601

Peoples Energy / Peoples Gas
130 E. Randolph Drive
Chicago, IL 60601

Peoples Energy / Peoples Gas
130 E. Randolph Drive
Chicago, IL 60601

Peoples Energy / Peoples Gas
130 E. Randolph Drive
Chicago, IL 60601

PFG of Minnesota
7825 Washington Avenue S, Ste. 310
Minneapolis, MN 55439

```
Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Portfolio Recovery & Affiliates
Portfolio Recovery Associates LLC
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Praxis Financial Solutions, Inc.
7301 N. Lincoln Avenue, Ste. 220
Lincolnwood, IL 60712


Praxis Financial Solutions, Inc.
7331 N. Lincoln Avenue, Ste. 8
Lincolnwood, IL 60712


Precise Medical Billing
15774 S. LaGrange Road, #397
Orland Park, IL 60462


Protocol Recovery Service, Inc.
509 Mercer Avenue
Panama City, FL 32401


Radiological Physicians, Ltd.
PO Box 2150
Bedford Park, IL 60499


Radiology Imaging Specialists Ltd.
PO Box 70
Hinsdale, IL 60522
```

Radiology Imaging Specialists Ltd.
39645 Treasury Center
Chicago, IL 60694


RCS Recovery Services, LLC
1499 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1499 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1499 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1499 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


Rcs Recovry Services L
1499 W Palmetto Park Rd
Boca Raton, FL 33486


Real Time Resolutions, Inc.
1750 Regal Row, Ste. N
Dallas, TX 75235


Real Time Resolutions, Inc.
1750 Regal Row, Ste. N
Dallas, TX 75235


Real Time Resolutions, Inc.
1750 Regal Row, Ste. N
Dallas, TX 75235


Real Time Resolutions, Inc.
1349 Empire Central Drive, Ste. 150
Dallas, TX 75247

Real Time Resolutions, Inc.
1349 Empire Central Drive, Ste. 150
Dallas, TX 75247

Real Time Resolutions, Inc.
1750 Regal Row, Ste. N
Dallas, TX 75235

Real Time Resolutions, Inc.
1349 Empire Central Drive, Ste. 150
Dallas, TX 75247

Real Time Resolutions, Inc.
1349 Empire Central Drive, Ste. 150
Dallas, TX 75247

Receivable Management Services
4836 Brecksville Road
P.O. Box 523
Richfield, OH 44286

Resurgence Capital, LLC
1161 Lake Cook Road, Suite D
Deerfield, IL 60015

Resurgence Capital, LLC
1161 Lake Cook Road, Suite D
Deerfield, IL 60015

Resurgence Legal Group, PC
1161 Lake Cook Road, Ste. E
Deerfield, IL 60015

Resurgence Legal Group, PC
1161 Lake Cook Road, Ste. E
Deerfield, IL 60015

Santander Bank, NA
865 Brook Street
Rocky Hill, CT 06067

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117


Second Round, L.P.
PO Box 41955
Austin, TX 78704


Second Round, L.P.
PO Box 41955
Austin, TX 78704


Sinai Medical Group
3537 Paysphere Circle
Chicago, IL 60674


South Haven Comunity Hospital
955 South Bailey Avenue
South Haven, MI 49090


South Suburban Medical Clinic, LLC
Dr. Nadeem Ahmad
PO Box 308
Mishawaka, IN 46546


Syncb / Sam's Club
PO Box 965005
Orlando, FL 32896


Syncb / Walmart
PO Box 965024
Orlando, FL 32896


Syncb/Jcp
PO Box 965007
Orlando, FL 32896


Syncb/Jcp
Po Box 965007
Orlando, FL 32896


Syncb/Jcp
Po Box 965007
Orlando, FL 32896

Syncb/Jcp
PO Box 965007
Orlando, FL 32896


Syncb/Jcp
PO Box 965007
Orlando, FL 32896


Syncb/M Wards
Po Box 965005
Orlando, FL 32896


Syncb/M Wards
Po Box 965005
Orlando, FL 32896


Syncb/Mohawk
c/o PO Box 965036
Orlando, FL 32896


Syncb/Mohi
Mohawk Industry / GEMB
Po Box 981439
El Paso, TX 79998-1439


T-Mobile
PO Box 790047
Saint Louis, MO 63179


T-Mobile
606 W. Roosevelt Road
Chicago, IL 60607


T-Mobile
6216 N. Western Avenue
Chicago, IL 60659


T-Mobile
PO Box 742596
Cincinnati, OH 45274


T-Mobile
1401 W. North Avenue
Melrose Park, IL 60160

T-Mobile
2515 W. North Avenue
Melrose Park, IL 60160


T-Mobile
2911 W. Addison Street
Chicago, IL 60618


T-Mobile
5123 S. Pulaski Road
Chicago, IL 60634


T-Mobile
7309 W. Irving Park Road
Chicago, IL 60634


T-Mobile
7601 S. Cicero Avenue
Chicago, IL 60652


T-Mobile
4714 N. Broadway Street
Chicago, IL 60640


T-Mobile
36 S. State Street
Chicago, IL 60603


T-Mobile
1639 N. Milwaukee Avenue
Chicago, IL 60647


T-Mobile
1451 E. 53rd Street
Chicago, IL 60615


T-Mobile
4830 N. Pulaski Road
Chicago, IL 60630


T-Mobile
2000 W. Chicago Avenue
Chicago, IL 60622

T-Mobile
205 W. 87th Street
Chicago, IL 60620


T-Mobile
3951 N. Kimball Avenue
Chicago, IL 60618


T-Mobile
1001 75th Street
Woodridge, IL 60517


T-Mobile
2243 Maple Avenue
Downers Grove, IL 60515


T-Mobile
221 E. Roosevelt Road
Lombard, IL 60148


T-Mobile
6179 N. Lincoln Avenue
Chicago, IL 60659


T-Mobile Financial
PO Box 2400
Young America, MN 55553


T-Mobile USA
12920 SE 38th Street
Bellevue, WA 98006


T-Mobile USA / T-Mobile Wireless
PO Box 790047
Saint Louis, MO 63179


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459


Target Nb
PO Box 673
Minneapolis, MN 55440

Target Nb
PO Box 673
Minneapolis, MN 55440


Tartof, David, M.D.
2816 S. Ellis, RC 266
Chicago, IL 60616


TB&W
Taylor, Bean & Whitaker
1417 N Magnolia Avenue
Ocala, FL 34475-9078


TB&W
Taylor, Bean & Whitaker
1417 N Magnolia Avenue
Ocala, FL 34475-9078


TD Bank USA, N.A. / Targetcredit
Target Card Services
PO Box 673
Minneapolis, MN 55440


TD Bank USA, N.A. / Targetcredit
Target Card Services
PO Box 673
Minneapolis, MN 55440


Thd / Citibank (South Dakota), NA
The Home Depot
PO Box 6497
Sioux Falls, SD 57117


Thd / Citibank (South Dakota), NA
The Home Depot
PO Box 6497
Sioux Falls, SD 57117


Thd / Citibank (South Dakota), NA
The Home Depot
PO Box 6497
Sioux Falls, SD 57117

The Bank of New York Mellon
f/k/a The Bank of New York
One Wall Street
New York, NY 10286


The Bank of New York Mellon
f/k/a The Bank of New York
One Wall Street
New York, NY 10286


United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272


United Recovery Systems, LP
P.O. Box 722910
Houston, TX 77272


Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842


Valentine & Kebartas, Inc.
360 Merrimack Street
Lawrence, MA 01843


Van Ru Credit Corp.
11069 Strang Line Road, Bldg. E
Lenexa, KS 66215


Velocity Investments, LLC
1800 Route 34 North, Ste. 404A
Belmar, NJ 07719


Vision Financial Corp.
P.O. Box 900
Purchase, NY 10577


Vision Financial Corp.
PO Box 7477
Rockford, IL 61126


Vision Financial Corp.
P.O. Box 900
Purchase, NY 10577

```
Vision Financial Corp.
PO Box 7477
Rockford, IL 61126


Vision Financial Corp.
P.O. Box 900
Purchase, NY 10577


Vision Financial Corp.
PO Box 7477
Rockford, IL 61126


Vonage
Fox Valley Drive
Aurora, IL 60504


Walgreen / C&M Pharmacy
4339 DiPaolo Center
Glenview, IL 60025


Walmart
PO Box 530927
Atlanta, GA 30353


Wells Fargo Bank NV, N.A.
Wells Fargo Bank, N.A.
PO Box 31557
Billings, MT 59107


Wells Fargo Bank NV, N.A.
Wells Fargo Bank, N.A.
PO Box 31557
Billings, MT 59107


Wells Fargo Home Equity Collections
PO Box 4116
Portland, OR 97208


Wells Fargo Home Equity Collections
PO Box 4116
Portland, OR 97208


Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601
```

```
Westlake Emergency Room Providers
PO Box 87618, Dept. 10303
Chicago, IL 60680


William W. Siegel & Assoc., LLC
PO Box 9006
Smithtown, NY 11787


Wilshire Credit Corp
450 American St # Sv416
Simi Valley, CA 93065


Wilshire Credit Corp
450 American St # Sv416
Simi Valley, CA 93065
```